IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 30 A 9:34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AIS# 139858
Christopher Pridmore
Full name and prison number
of plaintiff(s)

v.

Ms. Gwendolyn Mosley
Health Care Unit
Dr. Darbouze M.D.
Commissioner Richard Allen

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06 CV 778-MEF
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Ms. Gwendolyn Mosley | 200 Wallace Drive, Clio, Ala. 36017
2. Health Care Unit | Prison Health Services, 105 W. Park Drive, Brentwood, Tenn. 37027
3. Dr. Darbouze | 200 Wallace Drive, Clio, Ala. 36017
4. Commissioner Richard Allen | P.O. Box 301501, Montgomery, Ala 36130
5. Ms. Kay Wilson R.N. | 200 Wallace Drive, Clio, Alabama 36017
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 8/8/06 August 8th, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Civil Rights, Key 13.12(6) Charge of deliberate indifference by prison authorities to prisoner's request for essential medical treatment is sufficient to state claim for relief. 42 U.S.C.A. § 1983

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Upon August 8th, 2006 I was seen by Dr. Banajee for my left knee and bottom bed profile due to being over 40 and diebetic with insulin dependant. I told the doctor that I was having dizzy spells and excessive use of the bathroom which was giving me trouble getting up and down on my bed. Dr. refused request

GROUND TWO: Mansfeild, Circuit Judge: [7,9] However a charge of deliberate indifference by prison authorities to a prisoner's right for essential medical treatment is sufficient to state a claim. Martinez v Mancusi, 443 F. 2d, 921 (2nd Cir. 1970)

SUPPORTING FACTS: According to website www.diabetic.com/education. Diabetics are suppose to use a non soap cleaner formulated for sensitive skin. Which Eucerin Gentle Hydrating cleanser is a known brand but it is not avaiable on the store or offered by the Health Care for diabetics who are indigent but instead all thats offered is ordinary soap on the store or state soap if you have no money and both choices dries out your skin and cause's damage in healt

GROUND THREE: (6) Prisons Key 4, Prisoners no less than other persons have constitutional right of access to courts, and prison authorities may neither place burdens on such right, nor punish its exercise 42 U.S.C.A. § 1983.

SUPPORTING FACTS: In this institution you have to fill out a request slip to get permisson to use the law library. Then the library has limited space with no tables to work. Only two typewriters, you have to sign for paper and envelopes. You may get in two hours a week if lucky because there's no regular hours or enough space for the amount of inmates who need access to the courts.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to be placed in a camp to where I can get the proper medical care and the proper access to law materials such as Hamilton A+I or Ventress. Also make these things be corrected at this institutions

Christopher Pridmore (139858)
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 23, 2006
              (Date)

Christopher Pridmore (139858)
Signature of plaintiff(s)

4