IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Christopher Pridmore AIS# (139858)
_____
_____
_____
Plaintiff(s)

v.

Ms. Gwendolyn Mosley
Health Care Unit
Dr. Banajee M.D.
Commissioner Richard Allen
Defendant(s)

2:06CV-778-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Christopher Pridmore (AIS# 139858) moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Christopher Pridmore
Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

RECEIVED

2006 AUG 30 A 9: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, __Christopher Pridmore__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( )  NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __3/2/06  $206.00 a week__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?  YES ( )  NO (X)

   B. Rent payments, interest, or dividends?  YES ( )  NO (X)

   C. Pensions, annuities, or life insurance payments?  YES ( )  NO (X)

   D. Gifts or inheritances?  YES ( )  NO (X)

   E. Any other sources?  YES ( )  NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own cash, or do you have money in a checking/savings account?  YES ( )  NO (X)

If the answer is YES, state the total value of the items owned. _____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?  YES ( )  NO (X)

If the answer is YES, describe the property and state its approximate value. _____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____none_____

_____

_____

_____Christopher A. Pridmore_____
Plaintiff

STATE OF ALABAMA
COUNTY OF __Barbour__

Subscribed and sworn to before me on this __20th__ day of __August__, 2006, at __Clio__, Alabama.

_____Donald Simmons_____
NOTARY PUBLIC in and for said County,
in said State

(SEAL)

**DONALD SIMMONS**
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 23, 2006__

_____Christopher Pridmore_____
Plaintiff