IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ALLEN PRIDMORE** )<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| v. ) | CASE NO.: **2:06-CV-778-MEF** |
| ) | |
| **GWENDOLYN MOSLEY, ET AL.** )<br>) | |
| **Defendants.** )<br>) | |

### ANSWER OF DEFENDANTS MOSLEY AND ALLEN

COME NOW Defendants **Gwendolyn Mosley and Richard Allen**, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

### DEFENSES AND AFFIRMATIVE DEFENSES

Defendants are entitled to qualified immunity.

Defendants are entitled to sovereign immunity under Article 1, § 14 of the Alabama Constitution (1901).

Defendants are entitled to immunity under the Eleventh Amendment to the United States Constitution.

        Respectfully submitted,

        TROY KING (KIN047)
        Attorney General

        /s/ Benjamin H. Albritton
        Benjamin H. Albritton (ALB003)
        Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 10th day of October, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Christopher Pridmore, #1398558
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

        /s/ Benjamin H. Albritton
        Benjamin H. Albritton
        Assistant Attorney General