IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER ALLEN PRIDMORE
(AIS #139858),                                               *

                                                            *

        Plaintiff,

                                                            *

V.                                                              2:06-CV-778-MEF

                                                            *

GWENDOLYN MOSLEY, et al.,

                                                            *

        Defendants.

                                                            *

## SPECIAL REPORT OF DEFENDANTS JEAN DARBOUZE, M.D. AND KAY WILSON, R.N., H.S.A.

COME NOW the Defendants, Jean Darbouze, M.D. and Kay Wilson, R.N.,

H.S.A. in response to this Honorable Court's Order and present the following Special

Report with regard to this matter:

## I. INTRODUCTION

The Plaintiff, Christopher Pridmore (AIS# 139858) is an inmate confined at

Easterling Correctional Facility located in Clio, Alabama. On August 30, 2006, Pridmore

filed a Complaint against Jean Darbouze, M.D., the Medical Director for Easterling

Correctional Facility and Kay Wilson, R.N., H.S.A., Easterling's Health Services

Administrator, alleging that they have refused to provide him with appropriate treatment

for left knee pain on August 8, 2006. (See Complaint). Mr. Pridmore also claims that he

has not received appropriate soap for his diabetic condition.[1] (Id.) The Plaintiff requests

---

[1] While Dr. Darbouze is named as a Defendant in the heading of the Plaintiff's Complaint, the Plaintiff
alleges claims in the body of his Complaint against a "Dr. Banajee." Dr. Darbouze is never discussed in the
body of the Complaint. There are no claims whatsoever made against Nurse Wilson. For purposes of this

that this Court enter an Order forcing the Alabama Department of Corrections to transfer him to another correctional facility. (Id.)

As directed, the Defendants have undertaken a review of Plaintiff Pridmore's claims to determine the facts and circumstances relevant thereto.  At this time, the Defendants are submitting this Special Report, which is supported by a Certified Copy of Plaintiff Pridmore's medical records (attached hereto as Exhibit "A"), the Affidavit of Jean Darbouze, M.D. (attached hereto as Exhibit "B"), and the Affidavit of Kay Wilson, R.N., H.S.A. (attached hereto as Exhibit "C"). These evidentiary materials demonstrate that Plaintiff Pridmore has been provided appropriate medical treatment for his medical complaints at all times, and that the allegations in his Complaint are without merit.

## II. NARRATIVE SUMMARY OF FACTS

At all pertinent times, Christopher Pridmore (AIS# 139858) has been incarcerated as an inmate at Easterling Correctional Facility.  (See Exhibits "A" & "B").  Pridmore has been seen and evaluated by Easterling's medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Easterling.  (Id.)

Mr. Pridmore has made an allegation in this matter that Dr. Darbouze failed to provide him with appropriate medical treatment on August 8, 2006 by refusing to provide him with a "bottom bunk" profile for an alleged left knee injury. (See Complaint).  He further claims that Dr. Darbouze has failed to treat him appropriately by not providing him with special hydrating soap which he believes is indicated for treatment of his skin due to diabetes. (Id.) Mr. Pridmore's claims in this regard are completely unfounded as

---

Special Report, Dr. Darbouze assumes those claims made against Dr. Banajee are brought against him as well.

this inmate has been provided appropriate medical care for his conditions at all times. (See Exhibits "A" & "B").

On August 8, 2006, Mr. Pridmore presented to the infirmary with complaints for left knee pain. (Id.) At that time, Mr. Pridmore indicated that he injured his left knee in 2001--five years earlier--while working on a farm. (Id.) He requested a "bottom bunk" profile. (Id.) Dr. Darbouze subsequently evaluated Mr. Pridmore and determined that his knee was in good condition. (Id.) Specifically, there was no deformity, tenderness or pain noted. (Id.) He had full range of motion with no instability. (Id.) As a precaution, however, Dr. Darbouze ordered Mr. Pridmore a left knee x-ray. (Id.)

Mr. Pridmore's x-ray was conducted on August 9, 2006. (Id.) The x-ray showed no evidence of fracture or any other significant bony abnormality. (Id.) Overall, the x-ray represented a negative study. (Id.) A "bottom bunk" profile is not indicated for treatment of Mr. Pridmore's medical condition. (Id.) Moreover, Mr. Pridmore is a diabetic. (Id.) He is routinely treated and evaluated for this condition. (Id.) Special hydrating soaps are not medically indicated for Mr. Pridmore's condition. (Id.) Mr. Pridmore has access to those items necessary to maintain proper hygiene. (Id.)

All of Mr. Pridmore's medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. (See Exhibit "B"). Mr. Pridmore has been seen and evaluated by the medical or nursing staff, and he has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Easterling Correctional Facility. (Id.)

At all times, the Defendants have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the

same or similar circumstances. (Id.) In other words, the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. (Id.)

At no time have the Defendants denied Mr. Pridmore any needed medical treatment, nor have they ever acted with deliberate indifference to any serious medical need of Mr. Pridmore. (Id.) At all times, Mr. Pridmore's medical complaints and conditions have been addressed as promptly as possible under the circumstances. (Id.)

### III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.    The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

2.    The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

3.    The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

4.    The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

5.    The Plaintiff is not entitled to any relief requested in the Complaint.

6.    The Defendants plead the defense of qualified immunity and aver that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

7.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

8.    The Defendants cannot be held liable on the basis of <u>respondeat superior,</u> agency, or vicarious liability theories.

9.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

10.    The allegations contained in the Plaintiff's Complaint against the Defendants sued in their individual capacities, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. <u>See</u> <u>Oladeinde v. City of Birmingham</u>, 963 F.2d 1481, 1485 (11th Cir. 1992); <u>Arnold v. Board of Educ. Of Escambia County</u>, 880 F.2d 305, 309 (11th Cir. 1989).

11.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

12.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

13.    The Defendants plead the general issue.

14.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. <u>See</u> <u>Rogers v. Evans</u>, 792 F.2d 1052 (11th Cir. 1986).

15.    The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

16.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

17.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

18.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render it liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

19.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

20.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

21.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

22.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

23.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against them and that any such award would violate the United States Constitution.

24.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

25.     The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e(a). The Plaintiff has failed to pursue the administrative remedies available to him. See Cruz v. Jordan, 80 F. Supp. 2d 109 (S.D. N.Y. 1999) (claims concerning Defendant's deliberate indifference to a medical need is an action "with respect to prison conditions" and is thus governed by exhaustion requirement).

26.     The Prison Litigation Reform Act amendment to 42 U.S.C. § 1997(e)(c) mandates the dismissal of Plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks money damages from the Defendants who are entitled to immunity.

27.     The Plaintiff's claims are barred by the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e).

28.     The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

29.     Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

30.     The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court

pursuant to 42 U.S.C. § 1988 to award these Defendants reasonable attorney's fees and costs incurred in the defense of this case.

31.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

**A.    The Plaintiff has failed to prove that the Defendants acted with deliberative indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Pridmore's medical records reveals that Pridmore has been given appropriate medical treatment at all times. (See Exhibits "A" & "B"). All of the allegations contained within Pridmore's Complaint are either inconsistent with his medical records, or are claims for which no relief may be granted. (Id.) Therefore, Pridmore's claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Pridmore must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp.

8

2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Pridmore must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Pridmore's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Pridmore cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care

were followed at all times. (Id.)  These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care.

The Defendants are, further, entitled to qualified immunity from all claims asserted by Pridmore in this action.  There is no argument that the Defendants were not acting within the scope of their discretionary authority.  See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Pridmore to show that the Defendants violated clearly established law based upon objective standards.  Eubanks, 40 F. 3d at 1160.  The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Pridmore must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual.  See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)).  The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that the

10

alleged treatment of Pridmore was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Pridmore must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendant to the fact that its practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Pridmore's constitutional rights. All of Pridmore's medical needs have been addressed or treated. (See Exhibits "A" & "B"). The Defendants have provided Pridmore with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

**B.**      **The Plaintiff failed to exhaust his administrative remedies prior to filing suit in violation of the Prison Litigation Reform Act (PLRA).**

Congress enacted the Prison Litigation Reform Act of 1995 (PLRA), 110 Stat. 1321-71, as amended, 42 U.S.C. § 1997e et seq., in 1996 in the wake of a sharp rise in prisoner litigation in the federal courts. See, e.g., Alexander v. Hawk, 159 F.3d 1321,

1324-1325 (CA11 1998) (citing statistics).[2] The PLRA was enacted in attempts to eliminate unwarranted federal-court interference with the administration of prisons, and thus, to "afford corrections officials time and opportunity to address complaints internally before allowing the initiation of a federal case." Nussle, 534 U.S., at 525, 122 S. Ct. 983, 152 L. Ed. 2d 12. See also Booth, 532 U.S., at 739, 121 S. Ct. 1819, 149 L. Ed. 2d 958. The PLRA was also designed to "reduce the quantity and improve the quality of prisoner suits." Nussle, supra, at 524, 122 S. Ct. 983, 152 L. Ed. 2d 12.

A centerpiece of the PLRA's effort "to reduce the quantity . . . of prisoner suits" is an "invigorated" exhaustion provision. See § 1997e(a), and Porter v. Nussle, 534 U.S. 516, 524, 122 S. Ct. 983, 152 L. Ed. 2d 12 (2002).[3] Specifically, the PLRA provides that prisoners may not file suit in Federal court for complaints regarding prison conditions unless they have first fully extinguished all administrative remedies available. Specifically,

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." § 1997e (a) (2000 ed.) (emphasis added).

Id. Courts have determined that under the PLRA, exhaustion of administrative remedies is no longer left to the discretion of the district court, but is mandatory. See Booth v.

---

[2] The PLRA contains a variety of provisions designed to bring inmate litigation under control. See, e.g., § 1997e(c) (requiring district courts to weed out prisoner claims that clearly lack merit); § 1997e(e) (prohibiting claims for emotional injury without prior showing of physical injury); § 1997e(d) (restricting attorney's fees).

[3] Requiring proper exhaustion gives prisoners an effective incentive to make full use of the prison grievance process and accordingly provides prisons with a fair opportunity to correct their own errors. This is particularly important in relation to state corrections systems because it is "difficult to imagine an activity in which a State has a stronger interest, or one that is more intricately bound up with state laws, regulations, and procedures, than the administration of its prisons." Preiser v. Rodriguez, 411 U.S. 475, 491-492, 93 S. Ct. 1827, 36 L. Ed. 2d 439 (1973).

Churner, 532 U.S. 731, 739, 121 S. Ct. 1819, 149 L. Ed. 2d 958 (2001) (emphasis added).

42 USC § 1997e states:

> (c) Dismissal
> (1) The court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

Id. (emphasis added).

In order to avoid dismissal, prisoners must exhaust all "available" remedies, not just those that meet federal standards. Moreover, exhaustion of available administrative remedies is required for any suit challenging prison conditions, not just for suits under § 1983. See Nussle, supra, at 524, 122 S. Ct. 983, 152 L. Ed. 2d 12. See Pozo v. McCaughtry, 286 F.3d 1022, 1025 (CA7) ("To exhaust remedies, a prisoner must file complaints and appeals in the place, and at the time, the prison's administrative rules require"), cert. denied, 537 U.S. 949, 123 S. Ct. 414, 154 L. Ed. 2d 293 (2002); Ross v. County of Bernalillo, 365 F.3d 1181, 1185-1186 (CA10 2004) (same); Spruill v. Gillis, 372 F.3d 218, 230 (CA3 2004) (same); Johnson v. Meadows, 418 F.3d 1152, 1159 (CA11 2005) (same).

A prisoner's lack of knowledge regarding the existence of the procedure does not relieve his/her responsibility to exhaust administrative remedies, and failure of officials to provide grievance forms is not a legitimate defense. See Abney v. McGinnis, 380 F. 3d 663 (2nd Cir. 2004). So long as the prisoner has access to writing material and officials do not interfere with the procedure, the process must be followed to conclusion before suit is filed. Id.

As relevant to the case at bar, PHS[4] has established a simple three-step procedure for identifying and addressing inmate grievances at Easterling Correctional Facility. (See Exhibit "C"). If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Request Slip." (Id.) These are standard forms that may be requested from an inmate's supervising officer in his dormitory. (Id.) The inmate request slip allows an inmate to communicate any healthcare related concern by placing the request slip in the sick call box or mailbox to be forwarded to the healthcare unit. (Id.) Easterling's Health Services Administrator, Kay Wilson, R.N., H.S.A., subsequently reviews the request and responds accordingly via in-house mail. (Id.)

If an inmate is unsatisfied with H.S.A. Wilson's response, he may request an "Inmate Grievance" form from the healthcare unit. (Id.) This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the inmate request slip. (Id.) H.S.A. Wilson again responds to the inmate via in-house mail. (Id.)

If the inmate is still unsatisfied with Nurse Wilson's response, he may request from the healthcare unit an "Inmate Grievance Appeal" form. (Id.) This form is again submitted to H.S.A. Wilson and represents the final step of the appeal process. (Id.) After an inmate submits an inmate grievance appeal, H.S.A. Wilson will meet with the inmate face-to-face in a final attempt to address his concerns verbally. (Id.)

The Plaintiff, Christopher Pridmore, has filed suit in this matter alleging that Dr. Darbouze has failed to provide him with appropriate treatment for left knee pain on Auust 8, 2006. (See Complaint).   Mr. Pridmore further claims that he has not received appropriate soap for his diabetic condition. (Id.) However, Mr. Pridmore has failed to

---

[4] Prison Health Services, Inc. (PHS) is the company that currently contracts with the Alabama Department of Corrections to provide healthcare to inmates at Easterling. Dr. Darbouze and Nurse Wilson are PHS employees.

exhaust Easterling's informal grievance procedure relating to the receipt of medical care for this alleged condition. (See Exhibit "C"). Specifically, as relevant to his Complaint, Mr. Pridmore has failed to submit any of the documents comprising PHS' informal grievance procedure. (Id.) As such, the healthcare unit at Easterling has not been afforded an opportunity to resolve Mr. Pridmore's medical complaints prior to filing suit. (Id.)

Since Mr. Pridmore has failed to extinguish those administrative remedies available for him at Easterling, the Prison Litigation Reform Act of 1995 (PLRA) demands that the Plaintiff's lawsuit be dismissed.

## V. **CONCLUSION**

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material facts relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden. Moreover, since the Plaintiff failed to exhaust those administrative remedies available to him at Easterling prior to filing suit, this case is due to be dismissed pursuant to the PLRA.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,


s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Jean Darbouze, M.D.
and Kay Wilson, R.N., H.S.A.

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 17th day of October, 2006, to the following:

Christopher Allen Pridmore (AIS# 139858)
Easterling Correctional Facility
P.O. Box 10
Clio, AL 36017


s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorney for Jean Darbouze, M.D.
and Kay Wilson, R.N., H.S.A.

EXHIBIT
A-1

# AFFIDAVIT

STATE OF ALABAMA    )
                  )
_Barbour_ COUNTY   )

    I, _Beth H Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional Facility_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Christopher Pridemore_, AIS# _139858A_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Service_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the _20th_ day of _September_, 2006.

_Beth H Long_

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
_20_ Day of _September_, 2005. 6

_Jean R Faulk_
Notary Public
_Aug 26, 2009_
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/4/06 | TIME 6:46 ☐ AM ☐ PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES O2 95% | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97⁺ ☐ ORAL ☐ RECTAL | RESP 18 | PULSE 105 | B/P 110/80 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S-"It's an old injury. It was sliding the weight on there & it smashed my finger"

O- 20 y/m ambulate to HCU c̄ steady gait: A+O x 3. Resp c̄ clear. Skin W/D. Laceration on middle finger of R hand at base of nail.

A- Skin integrity

**PHYSICAL EXAMINATION**

P- Clean c̄ betadine + NS. apply TAO + band-aid. Release to DOC

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 9/4/06 | TIME 6:50 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M. Moots LPN | DATE 9/4/06 | PHYSICIAN'S SIGNATURE | DATE 9/6/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Pridmore, Christopher | DOC# 139858 | DOB | R/S W/M | FAC ECF |
|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8 /30/ 06 | TIME 345 ☐AM ☐PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _Ect_ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES _NKDA_ | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP _98²_ | ORAL RECTAL | RESP _28_ | PULSE _78_ | B/P _120/64_ | RECHECK IF SYSTOLIC <100> 50 _____/_____ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ _____ SUTURES |
|---|---|---|---|---|---|---|

"S" I cut my finger on a
can

"O" w/m ambulatory to HCU Alert
Oriented x 3 Laceration to ® middle
finger Approx 2 cm dried blood
noted inside of glove. Cleaned
with soap and water Applied steri-
strip Covered with bandaid tetnus
Up to date.

PHYSICAL EXAMINATION

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

A potential for infection

P Instructed to do wound care
at Come to HCU for wound care

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 8/30/06 | TIME 400 ☐AM ☐PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Barker RN | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) Pridmore, Christopher | DOC# 139858 | DOB | R/S wm | FAC Ect |
|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | | DATE | 7/21/2006 | |
|---|---|---|---|---|---|---|
| PRIDEMORE, CHRISTOPHER | | | | INSTITUTION | | |
| NUMBER | 139858 | EST | | EASTERLING CORRECTIONAL | | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | 0.00 | 0.00 | 0 | 0 | |
| OS | 0.00 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 1.00 | 3 | 66 | 63 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS                Clear

| FRAME | NICK | STYLE | FRAME COLOR | GREY |
|---|---|---|---|---|
| EYE SIZ | 52 | DROP BALL | FINAL INSPECTION | |

| | |
|---|---|
| LENSES: | $9.86 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| S/H: | $1.85 |
| TOTAL DUE ($): | $15.20 |

VISION SAFETY NOTICE:
- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or waterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.
- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the lenses or spectacle frame may cause the lenses or spectacle frame to contact the



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Chris Pridemore_____ _6A38_____ _139858_____
(Print Name)                                      (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( )   Splint

(X)   Eyeglasses

( )   Dentures

( )   Prothesis          describe _____

( )   Wheelchair

( )   Cane

( )   Crutches

( )   Other              describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _Chris Pridemore 139858_____   _7/28/06_____
(Inmate)                                   (Date)

_____ _Rint_   _7/28/06_____
(Witness)                                  (Date)

| INMATE NAME (LAST  FIRST  MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Pridemore, Chris | 139858 | ▓▓▓▓ | W/M | East |

PHS-MD-70005                         (White – Medical File, Yellow – Security Property Officer)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Chris Pridmore*

Date of Birth: ▮▮▮▮▮▮▮    Social Security No: ▮▮▮▮▮▮▮

Date: *2/25/06*    Time: *4:25*    A.M.
P.M.

This is to certify that I, *Chris Pridmore*, currently in
(Print Inmate's Name)

custody at the *Easterling*, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *Sick call 2/25/06*
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

*Chris Pridmore 2/25/06*    *CWamberop*
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PRISON HEALTH SERVICES
Alabama Department of Corrections
KOP Medication Protocol

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1. The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.

2. The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not to many left, not to few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.

3. When the inmate receives their card of medication, usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.

4. In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-complaint in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.

5. Once we have established the program, other will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.

6. We will not place just anyone on KOP. The individual must have past history evaluated first. This program will not include out-patient or inpatient mental health inmates.

7. Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.

8. The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions

Inmate Signature: _Chris Pridmore_ AIS#: _138858_
Nurse Signature: _____ Date: _7-1-06_
_Pridmore - Christopher_



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Christoper Pridmore_ _139858_
(Print Name)                                      (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(  )  Splint

(  )  Eyeglasses

(  )  Dentures

(  )  Prothesis        describe _____

(  )  Wheelchair

(  )  Cane

(  )  Crutches

( ✓ )  Other        describe _Sling x 5days_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_Chris Pridmore_ _7-3-06_
(Inmate)                                      (Date)

_Shrclanron_ _7/3/06_
(Witness)                                      (Date)


| INMATE NAME (LAST  FIRST  MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Pridmore, Christoper | 139858 | ▓▓▓▓ | WIm | E4p~ |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7 / 2 /06 | TIME 10:59 ☑AM ☐PM | ORIGINATING FACILITY Eastferling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA    WT- 146 | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP 98.7  ☑ORAL ☐RECTAL  RESP 18  PULSE 80  B/P 120, 80  RECHECK IF SYSTOLIC <100> 50 ___ / ___

| NATURE OF INJURY OR ILLNESS | | |
|---|---|---|

S- " I did something to my shoulder this morning, lifting weights"

| | ABRASION /// | CONTUSION # | BURN XX | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- W/M amb. to hcy ō steady gait. A, ✓x3. Resp ease, Skin warm + dry to touch. Reports injuring (L)shoulder this A.m. while lifting 25lb weight. Ø deformity noted (L)shoulder. Limited ROM noted. Limited Abduction noted (L)shoulder. Cap refill less than 3 seconds all fingers (L)hand. Reports 9 on pain scale 1-10. (L) shoulder tender to touch. Ø Erythema noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- see order sheet | | |

**DIAGNOSIS**
A- alt in comfort

**INSTRUCTIONS TO PATIENT**
P/E Informed of pill call, Verbal understood

| DISCHARGE DATE 7 /2 /06 | TIME 11:15 ☑AM ☐PM | RELEASE / TRANSFERRED TO | ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE J. McKinney, LPN | DATE | PHYSICIAN'S SIGNATURE | DATE 7/2/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) Pridmore, Christopher | | DOC# 139858 | DOB ▓▓▓▓ | R/S W/m | FAC East |
|---|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy  Yellow – Pharmacy Copy)



**SPECIAL NEEDS COMMUNICATION FORM**

PRISON
HEALTH
SERVICES
INCORPORATED

**Date:** 8 7/2/06

**To:** ADOC (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** Pridmore, Christopher   **ID#:** 139858

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. (Work restrictions) Work Stop x 3 days 7/2/06 → 7/5/06

4. May have extra _____ until _____

5. (Other) SLING (L) Shoulder x 5 days 7/2/06 → 7/7/06

**Comments:**

_Chris Pridmore_

**Date:** 7/2/06   **MD Signature:** V J Dr Darbone/Jma   **Time:** 1P

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES

# NON-COMPLIANCE NOTICE

**The following has been observed and documented per non-compliance policy:**

**CLASS**

_____ Diet

__✓_____ Medication  ASA Ec  325mg

_____ Treatment

**SPECIFIC**

ADA _____
CARDIOVASCULAR _____
ALT G I _____
OTHER _____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

**ACTION TAKEN BY NURSING:**

__✓_____ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS:**

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

**ACTION TAKEN BY INMATE:**

_____ Treatment Refusal Signed
__✓_____ Explanation of Non-Compliance

_____ Refuses to sign

_Chris Pridmore_
_Smclahnony_  6/26/14

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Pridmore, Christopher | 139858 | ▓▓▓▓ | Wlm | East |

PHS-MD-70057



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Christopher Pridmore_                    _139858_
  (Print Name)                                                                 (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

( X )   Other       describe _1 Pair Insoles_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition

_Chris Pridmore_                              _6/23/06_
  (Inmate)                                                                (Date)

_M. Moat LPN_                                _6/23/06_
  (Witness)                                                              (Date)

| INMATE NAME (LAST  FIRST  MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Pridmore, Christopher | 139858 | ▓▓▓▓ | U/m | ECF |

PHS-MD-70005        (White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** ___6/23/06___

**To:** ___DOC- Easterling___

**From:** ___HCU- Easterling___

**Inmate Name:** ___Pridemore, Christopher___ **ID#:** ___139858___

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**
___— Please give a pair of boots —___
___Insoles 1 pair to keep ＞ May pick up at treatment___
___hour 5a or 5p.___

**Date:** 6/23/06  **MD Signature:** VO Dr. Darbouze /UP  **Time:** 310pm

60418

X Chris Pridemore



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _M.L.Johnson_    DATE: _6/2/06_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Chris Pridmore_    DATE: _6/2/06_

EXPIRATION DATE: _Indefinite_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Pridmore Christopher | 139858 | ▮▮▮▮ | Wm | ECF |

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

**MEDICAL COMPLAINTS/GRIEVANCE PROCESS:**  We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. Write your problem on the form and return this form to the Health Care Unit by placing it in the sick call slip box located in the dining hall. The Health Services Administrator or their designee will interview you and discuss your complaint. If you are not satisfied with the results after having followed the instructions of the health care personnel, you may request a grievance form at this time. Follow the same procedure for returning your grievance form.

**RELEASE OF MEDCAL INFORMATION:**  Please let your family and loved ones know that the health care unit is unable to disclose any information regarding your medical care. This is the law. Any information that they may request must go through the Warden's office.

**OVER THE COUNTER MEDICATIONS:**  Over the counter comfort medications such as Headache and Cold medications are available through the canteen.

**IMPORTANCE OF MEDICAL CARE:**  Your medical care is important and is a joint effort between you and the health care unit staff. Prescribed medications are to be picked up at pill-call as ordered, scheduled appointments kept, and educational in-services attended.

_Chris Pridmore_                    139858            6/2/06
INMATE SIGNATURE              AIS#                  DATE

_[signature]_                       6/2/06            8550
WITNESS SIGNATURE              DATE                 TIME



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/12/06

**To:** ADOC

**From:** PC

**Inmate Name:** Pridemore, Christopher    **ID#:** 139858

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Antifungal cream use 2x day as directed
x 30d (Stop 6/13/06)

**Date:** 5/12/06    **MD Signature:** Jassiker CRNP/RCo    **Time:** 1042

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/11/06

**To:** ADOC

**From:** WW

**Inmate Name:** Pridmore, Christopher **ID#:** 139858

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

BSVS 3A + 3p Daily x 180 days
on west ward

**Date:** 5/11/06 **MD Signature:** Protocol/Robbins **Time:** 15:00
Maxwell RN

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: Pridmore, Christopher DATE: 5/11/06 TIME: 10:00 AM

DOB: ▮▮▮▮▮▮  FFICER: Col Hives  INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | __ |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | __ | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | __ | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | __ | |
| Is the skin in poor condition or show signs of vermin or rashes? | __ | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | __ | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | __ | |
| Is the inmate making any verbal threats to staff or other inmates? | __ | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | __ | |
| Does the inmate have any obvious physical handicaps? | __ | |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was _____X_____ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit

_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards

# MMPI-2 ADULT INTERPRETIVE SYSTEM

developed by
Roger L. Greene, PhD
and PAR Staff

## Client Information

Name :                 PRIDMORE, CHRISTOPHER
ID :                   139858
Age :                  42
Gender :               Male
Birth Date :           ██████████
Admin. Date :          05/17/2006

---

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

Copyright (c) 1990, 1997, 1998, 2000 by
Psychological Assessment Resources, Inc.
All rights are reserved.
MMPI-2 is a registered trademark of the University of Minnesota

MMPI-2 Adult Interpretive System
Kilby Correctional
PRIDMORE, CHRISTOPHER
Page:2

# PROFILE MATCHES AND SCORES FOR STANDARD VALIDITY AND CLINICAL SCALES

| Scale | Client's Profile | Best Fit Prototype Profile |
|---|---|---|
| Codetype: | 2-8/8-2-(1) | 1-8/8-1-(4) |
| rc: | 0.837 | 0.895 |
| D2: | 1610 | 1087 |
| L | 70 | 63 |
| F | 79 | 86 |
| K | 66+ | 50 |
| 1 Hs | 70 | 79 |
| 2 D | 72 | 68 |
| 3 Hy | 69 | 68 |
| 4 Pd | 62- | 75 |
| 5 Mf | 52 | 53 |
| 6 Pa | 68 | 66 |
| 7 Pt | 61 | 69 |
| 8 Sc | 74 | 83 |
| 9 Ma | 41- | 57 |
| 0 Si | 53 | 59 |

| | | |
|---|---|---|
| Mean Clinical Elevation: | 64 | 67 |
| Scatter: | 10 | 10 |
| Client Age: | 42 | 35 |
| Men (Percent): | X | 68% |
| Women (Percent): | | 32% |

MMPI-2 Adult Interpretive System
Kilby Correctional
PRIDMORE, CHRISTOPHER
Page:3

# CONFIGURAL VALIDITY SCALES INTERPRETATION

This validity scale configuration suggests a very unusual response set indicating that the profile has doubtful validity. An all-false response set may be indicated. He is admitting significant psychological and emotional problems, while at the same time attempting to appear extremely well-adjusted.

# CONFIGURAL CLINICAL SCALES INTERPRETATION

Codetype: 1-8/8-1-(4)

CLINICAL PRESENTATION:

Moods

He is experiencing moderate to severe emotional distress characterized by dysphoria, resentment, and anhedonia. He is irritable, stubborn, and grouchy. He feels threatened by a world that he views as hostile and dangerous. His feelings are not easily hurt.

Cognitions

He has concentration and memory difficulties, and he is easily distracted and confused. He believes that his judgment is not as good now as it was in the past. He lacks self-confidence. He often feels as if things are not real. He dreams and thinks about things that are best kept to himself. He hears strange things when he is alone. He is cynical and believes that most people are interested only in their own welfare.

He reports a number of symptoms that may reflect a psychotic process or a very long-term, characterologic condition. His presenting problems, background, and history should be reviewed with this possibility in mind.

Interpersonal Relations

He is introverted and socially alienated. He lacks basic social skills and tends to be socially withdrawn and isolated. He is emotionally distant, has difficulty with close, emotional relationships, and believes that no one understands him and his problems. He sees his family as uncaring and critical, and his home life as unpleasant.

Other Problem Areas

MMPI-2 Adult Interpretive System
Kilby Correctional
PRIDMORE, CHRISTOPHER
Page:4

He experiences pain and a number of physical and neurologic symptoms. His history and background should be reviewed to determine whether a medical or neuropsychological evaluation is warranted.

He may have suicidal ideation that should be evaluated carefully. He is isolated, feels hopeless, and is prone to act out impulsively toward himself or others. These factors increase the potential for suicide. He is likely to abuse substances, which also increases the probability of his acting out. He has problems sleeping, which exacerbate all of these problems. He may have been in trouble with the law.

## TREATMENT:

His prognosis is generally very poor because of the characterologic nature of his problems. Psychopharmacologic interventions are also unlikely to be very effective because of the characterologic problems involved. The probability of meaningful long-term change is low. Short-term, behavioral interventions that focus on his reasons for entering treatment will be most effective.

## POSSIBLE DIAGNOSES:

Axis I - R/O Somatoform Disorders
    300.81 Somatoform Disorder NOS
  R/O Adjustment Disorders
    309.3  Adjustment Disorder with Disturbance of Conduct
  R/O Mood Disorders
    292.84 Substance-Induced Mood Disorder
    296.xx Major Depressive Disorder
  R/O Schizophrenia and Other Psychotic Disorders
    295.40 Schizophreniform Disorder
    295.70 Schizoaffective Disorder, Depressive Type
    295.90 Schizophrenia, Undifferentiated Type
  R/O Paraphilias
    302.9  Paraphilia NOS
  R/O Substance-Related Disorders
    305.00 Alcohol Abuse
Axis II - R/O Personality Disorders
    301.20 Schizoid Personality Disorder
    301.22 Schizotypal Personality Disorder

# VALIDITY AND CLINICAL SCALES

# VALIDITY SCALES

MMPI-2 Adult Interpretive System
Kilby Correctional
PRIDMORE, CHRISTOPHER
Page:5

**L    T = 70**

He may be either a normal individual who is very self-controlled, rigid, and lacking in insight;
a person who uses excessive repression and denial; or a naive and unsophisticated individual who is
attempting to create a very favorable impression of himself. Psychiatric patients who score in this
range and have all clinical scales below a T score of 65 may exhibit a psychotic disorder.

**F    T = 79**

He is reporting an increasing probability of serious psychological and emotional problems that
is often characteristic of severe, chronic, behavioral problems. Scores in this range also may
occur because individuals have had some difficulty reading or understanding the test items
(evaluate measures of consistency of item endorsement), or because he has some motivation to
overreport psychopathology (evaluate measures of accuracy of item endorsement).

**K    T = 66**

He tends to be defensive and unwilling to acknowledge psychological problems and distress.
He is prone to minimize and disregard problems with himself. Self-insight and self-understanding
are usually lacking. He is very concerned about how he is perceived by others and typically views
emotional problems as weaknesses.

## CLINICAL SCALES

**1 Hs = 70**

He is expressing excessive concern about the functioning of his body and is endorsing multiple
vague somatic complaints. He is typically self-centered, dissatisfied, demanding of attention,
complaining, and generally negative and pessimistic. He may use his somatic complaints to control
and manipulate others. The prognosis for either psychological or medical intervention is guarded.
Conservative medical treatment is usually recommended. He is highly skilled at frustrating and
sabotaging the help of others and will often "shop" for physicians and/or therapists. Individuals
with multiple bonafide physical disorders, particularly of an acute nature, will score in the lower
end of this range (T scores = 65-75).

**2 D = 72**

He feels depressed, unhappy, sad, and pessimistic about the future. He often feels guilty and
is self-critical. Suicidal ideation and potential should be evaluated carefully, as well as his
responses to items 150, 303, 506, 520, and 524. He often feels inadequate, helpless, and lacking in
self-confidence. Social withdrawal, poor concentration, appetite and sleep disturbances, and low
frustration tolerance are possible. Increasingly higher scores are usually associated with an
increase in the number and severity of depressive symptoms.

### 3 Hy = 69

He develops physical symptoms in response to stress and may use his complaints to avoid
responsibility. He is often naive, immature, self-centered, and he denies any psychological
problems. He lacks insight concerning the causes of his symptoms and his own motives and feelings.
He is frequently very demanding of affection and support, and may use indirect and manipulative
means to get attention and affection. His social relationships are often superficial and immature.
He is resistant to psychological interpretations and treatment, and any form of psychological
intervention will be difficult. He often looks for simplistic, concrete solutions to his problems--
solutions that do not require self-examination. He is unlikely to be psychotic.

### 4 Pd = 62

He is sincerely concerned about social problems and issues or is responding to situational
conflict or crisis.

### 5 Mf = 52

He has traditional masculine interests and activities.

### 6 Pa = 68

He is suspicious and hostile. He feels as if he is being mistreated, or he is hypersensitive
to the reactions of others. He often blames others for his difficulties. He may manifest psychotic
behavior, and a thought disorder may be readily apparent. Ideas of reference and delusions of
persecution may also be present.

### 7 Pt = 61

He is generally punctual in fulfilling obligations and may worry if unable to do so. He
usually prefers to get things done ahead of time, and he tends to be conscientious. He usually does
not see himself as anxious.

### 8 Sc = 74

He is experiencing alienation, social withdrawal, difficulty in meeting responsibilities, and
a general dissatisfaction with his circumstances. These symptoms may reflect an acute and/or mild
stressor or an adjustment to more chronic stressors.

### 9 Ma = 41

He has a low energy and activity level that may reflect fatigue or significant depression,
especially if the score is extremely low for his age. T scores of 45 are typical for older
(55+ years) individuals, and T scores of 60 are typical for younger adults (18-22 years). He is
often described as lethargic, listless, and apathetic. In addition, he may be seen as

MMPI-2 Adult Interpretive System
Kilby Correctional
PRIDMORE, CHRISTOPHER
Page:7

conventional, practical, responsible, and sensitive.

**0 Si = 53**

This score is considered to be within normal limits.

**+++ END OF REPORT +++**

# IMMUNIZATION RECORD

**Name** _Phidmore, Christopher_ **AIS** _139858_     **D.O.B.** ▓▓▓▓▓

## Hep A Vaccine

Date _____ By _____

Date _____ By _____

## Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

## Influenza

| Date | By | Date | By |
|------|-----|------|-----|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## Pneumococcal

| Date | By | Date | By |
|------|-----|------|-----|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## TB PPD

| Date | Result | Date | Result |
|------|--------|------|--------|
| 5-13-6 | 04M | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Tetanus  Date _____ By _____

Tetanus  Date _____ By _____

# INTAKE HEALTH EVALUATION

**R.N. evaluation within 24 hours.**

NAME: Phidmore, Christopher
AIS #: 139858
D.O.B.:

Age 4Q    Sex M    Race W    Height 5'11"    Weight 138

Temp: 98.4    B/P: 110/70    Pulse: 84    Resp: 20

** B/P – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | ✓ | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | ✓ | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | ✓ | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | ✓ | | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | ✓ | | | | |
| Strokes | | ✓ | Back/Neck Problem | ✓ | | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition murmur | ✓ | | Alcoholism | ✓ | | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * | | ✓ | PPD - date given: 5-11-6 | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 5-13-6 | | | Diagnostic Profile II | | |
| Emphysema | ✓ | | Results: 0 mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | ✓ | ✓ | OD 20/20 OS 20/20 | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 | | | EKG (@ age 35) | | |

Immunization History: _____

***HIV Medications: _____

Acute or Chronic Problem Noted: (Y)  N    Refer to Mid-Level or M.D. if yes.

_____    5/13/06
**RN or Mid-Level, Signature**    Date/Time

60511-AL    (rev 9/05)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

| Date: 5-11-06 | AIS#: 139858 |
|---|---|

| Last Name: Pridmore | First: Christopher | Middle: Allen |
|---|---|---|
| Birthplace: | DOB: | SS#: |

| **FEMALES:** Pregnancy test: (circle one)   Positive   Negative | B/P 109/76   Temp 98.6   Pulse 91   Resp 18   Weight 138 |
|---|---|
| | FSBS 159   If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
IDDM

Previous Incarcerations (Date & Facility)

| Medications: ☐ None  W=20units, BID | Special Diet (Prescribed) |
|---|---|
| Allergies: ☑ NKA | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form) ☑ NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE

## CLINICAL OBSERVATIONS

| | |
|---|---|
| 1) Level of Consciousness: ( ) Alert  (✓) Oriented; time, place, person  ( ) Lethargic ( ) Stuporous ( ) Comatose<br>Describe: | 3) Substance Abuse:  ( ) Yes  ( ) No  ( ) Suspected<br>( ) Current intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms<br>( ) Drugs ( ) Alcohol<br>Describe- What kind? Amount/Frequency?<br>Mar – Daily – 20yrs.<br>• If confirmed Benzo when call M.D  If can not be confirmed  call M.D<br>Last Use: (Time/Date): 90 days |
| 2) General Appearance  (✓) Normal ( ) Abnormal | |
| 3) Signs of Trauma  ( ) Yes  (✓) No | |
| 4a) Behavior/Conduct: ( ) Calm  (✓) Cooperative  ( ) Non-Violent<br>( ) Agitated  ( ) Uncooperative  ( ) Violent<br>( ) Manipulative ( ) Disorganized<br>Describe: | 4b) Affect/Mood: (✓) Normal ( ) Manic  ( ) Depressed<br>( ) Euphoria  ( ) Flat  ( ) Emotionally Confused<br>Describe: |
| 4c) Perceptions:  ( ) Delusional  ( ) Hallucinations | ( ) Hearing Voices |
| 5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No |
| 5c) Is there evidence | 5d) High risk pt may become assaultive towards staff? ( ) Yes  ( ) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:<br>**Any abnormal observations #4 or 5 require immediate Mental Health Referral.** | Triggers for Suicide Watch<br>- Currently Suicidal<br>- History of actual attempt<br>- Fails to maintain control on<br>  Close Watch  Y or N | Triggers for Close Watch<br>- Emotionally distraught and unable to regain composure by end of intake process<br>- Actively hallucinating or not making any sense  Y or N |
| 6a) Communication Difficulties  ( ) Yes  (✓) No | 6b) Memory Defects  ( ) Yes  (✓) No |
| 6c) Hearing Impairment  ( ) Yes  (✓) No | 6d) Speech Difficulties  ( ) Yes  (✓) No |
| 7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches  ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other | |

8) Additional comments, complaints, symptoms:  None ☐

S)

0)   Fever   Y   N      Swollen Glands   Y   N      Signs of Infection   Y   N      Skin Intact   Y   N

A)

P)  Referred to Carriter CRNP – 20units + 10units       Insulin 70/30

If known Diabetic * Call M.D. for order _____   Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

| Chris Pridmore  5/11/06 | [signature] 5/11/06 |
|---|---|
| Inmate's Signature/Date | Health Provider Signature/Date |

60412-AL

I have read the *access to health care* information sheets and have been given a copy    I understand how to access health care

Name _Chris Pridmore_    Date_5/12/06_

AIS#_139858_

Medical Staff_J. Thomas CNA_    Date_5-12-06_

4/13/04



**PHS**

PRISON HEALTH SERVICES, INC

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*Carolyn Pridmore*                    *wife*
Name                                 Relationship  *(205)*

*508 King Circle*                    *338-3040*
Street Address                       Phone Number

*Pell City*            *Ala.*        *3525*
City                  State          Zip Code

*Chris Pridmore*      *139858*       ▓▓▓▓▓      *5/1/06*
Inmate Signature      AIS#           SS#        Date

_____

Witness                                      Date

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| *Pridmore, Christopher* | *139858* | ▓▓▓▓ | *W/M* | *KCF* |

INTAKE HEALTH APPRAISAL

NAME:_____
AIS#:_____
D.O.B.:_____ R/S_____

**HEALTH CLASSIFICATIONS:**
(Circle One)

(1 –) No Restrictions

2 – Temporary Restrictions
        See Special Needs Form
3 – Permanent Restrictions
        See Special Needs Form
4 – A&I (Aged & Infirmed)

5 – Not Determined
        Recheck_____.

**PLACEMENT:**

General Population        (✓)
Emergency Department   ( )
Isolation                       ( )
Medical Observation      ( )
Other_____

**REFERRAL:**
CCC Placement        (✓)

Clinic(s)    CC – DM_____
    See MD/Mid-Level flow sheet
        for clinic(s).
Medical              ( )
Dental               ( )
Mental Health    ( )
Other_____
When: ( ) Immediately
          ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____
_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| General Movement  Deformity  Pain, Bleeding  Habitus  Hygiene | ✓ | |
| Neuro   Mental Status  Intox Withdrawal, Tremor  Neuro-Deficits | ✓ | |
| Skin   Injury, Bruises, Trauma  Jaundice Diaphoretic  Rash, Lesions  Infestations  Needle Marks  Color, Turgor | ✓ | Tatteos – 12  Scars – LFA |
| Head   Normocaphalic  Atraumatic  Hair, Scalp | ✓ | |
| Eyes   Glasses/Vision  Pupils  Sclera, Conjunctiva | ✓ | |
| Ears   Appearance  Canals, TMs, Hearing | ✓ | |
| Nose   Epistaxis  Sinuses | ✓ | |
| Throat   Teeth, Gums, Dentures  Mouth, Tongue, Tonsils  Airway | ✓ | |
| Neck   C-Spine, Mobility  Veins, Carotids  Thyroid, Lymph Nodes | ✓ | |
| Chest   Config. Ausc/Resp  Cough/Sputum  Breast/Masses | ✓ | |
| Heart   Ausc Rate, Rhythm  Murmurs, Ectopy | ✓ | |
| Abdomen Bowel Sounds  Palp, G/R/T, Hernia | ✓ | |
| GU   Flank Tenderness  Bladder Tenderness/Distention | ✓ | |
| Back   ROM, Spasm, Injury | ✓ | |
| Extremities   Edema, Pulse | ✓ | |
| Genitals   Injuries/Lesions | | deferred |
| Pelvic Pap | | |
| Rectal/Guiac   (required @ 45 and up)  Deferred/follow-up: | | |

Medications Ordered: _____

_____         5/12/06_____
M.D. or Mid-Level Signature                    Date/Time

(White - Kitchen Copy, Yellow - Patient File Copy)

60130 (10/89)

**Special Diet Request**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

Inmate's Name: Christopher Pridemore    Date: 6/2/06

Housing Location: East Dorm-503

Type of Diet: Diabetic diet c̄ pm snack

Start Date: 6/2/06    Stop Date: 6/2/07

Special Instructions (if needed): _____

Date Requested: 6/2/06    Signature: Dr. Dalbing

---

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**Special Diet Request**

Inmate's Name: Pridemore, Christopher    139858    Date: 5/12/06

Housing Location: E-100

Type of Diet: 2200 Calorie diabetic diet w snack

Start Date: 5/12/06    Stop Date: deration

Special Instructions (if needed): _____

Date Requested: 5/12/06    Signature: Foaster NP/Ha

60130 (10/89)

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 8/15/06     Time: 2 30 Am     Facility: ECF

Check all applicable CIC's being evaluated: __Card/HTN _(DM)_ GI__ID__PUL__SZ__TB __HP

**SUBJECTIVE:** WM 42 Hx DM IODM He IHP B,C Hx IV Drug Abuse BS 121

**OBJECTIVE:** BP 100/72 HR 62 RR 16 Temp 173 Wt 144 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

NAD USS
HEENT wnl Em Pula
Ca RRR ⊕ good ⊖ M
lungs CTA
Abd Soft wt
Ext ⊖ ECC ⊖ Sue ⊖ furges PP H DP 2+ Bil

↑ thist
⊖ wt loss
↑ urination

BS Am
7/06 45 - 77
Pm 45 - 128
8/06 Am 82 - 78
Pm 93 - 76

A1cSO 21/0.8/46
MAP° 141/4-
AST 68
ALT 129
lipids
181/143
65

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened     Bil feet Peeling ⊕ open skin/sore

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G (F) P | G F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I (S) W | I S W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** ADA DieT /Exercise Compliance c̄ BS/Acc cntrd c̄
↓ Fat ↓ salt ↑ fluid ↑ Fiber Diet for Trig <150 Anl LDL <70 c̄
TLC

**F/U:** Routine 90 days: ___✓___ Other _____     Problem List Updated: (Yes)  No

UA - Routine Dip
✓ HP ABC - Hx Drug use
HFC B 10 x 1m

_Hay Cour_
Physician/NP/PA

Pridemore Christopher
NAME

139858
AIS#

_____
GENDER

WM
RACE

(blacked out)
DOB

(Revised 2/28/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: _8/15/06_ Time: _____ Facility: _ECF_

Check all applicable CICs being evaluated: __Card/HTN _(DM)_ GI__ID__PUL__SZ__TB

**Vital Signs: BP_____ P_____ R_____ T_____**
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: _0_ Dates: _____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____ Dates: _____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____ Dates: _____

ALLERGIES: _____ _none_ _____ CURRENT DIET: _ADA 2200_
MEDICATIONS: _____
DESCRIBE MED AND DIET ADHERANCE: _ADA 2200 cAl_
DESCRIBE ANY MED SIDE EFFECTS: _none_
VACCINES: Flu_____ Pneumovax _____ Hep A _____ Hep B _____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c _5D_ on _5/06_ : CD4 & HIV-RNA ___/___ on _____ :
Peak Flow ___: LFTs ____ on _____; Serum Drug Levels __ on _____; EKG ____; CXR ___:

Medications:

Patient Educated on:

Inmate Signature _Chris Pridmore (134858)_

Nurses Signature and Title _____

_____
NAME

_____
AIS

_____
GENDER

_____
RACE

_____
DOB

01/31/05
Revised 5/18/2005

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

NIDDM    139858

**FINGER STICK BLOOD RECORD FORM**

NAME: _Pridmore Christopher_    INSTITUTION/FACILITY: _KCF_    ID # ~~Christopher~~    D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BS VS 3A+3P x 180 days_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 5/12 | 0745 | CA | 192 | | | | |
| 5/12 | 1500 | | 205 | | | | |
| 5/12 | 0400 | CA | 270 | | | | |
| 5/13 | 0800 | R | 250 | | | | |
| 5/14 | 0740 | CM | 285 | | | | |
| 5/14 | 1500 | RC | 301 | | | | |
| 5/15 | 0400 | CA | 290 | | | | |
| 5/15 | 1500 | DS | 295 | | | | |
| 5/17 | 0400 | SS | 294 | | | | |
| 5/16 | 1500 | | 4 | | | | |
| 5/17 | 0400 | CW | 291 | | | | |
| 5/17 | 1500 | PW | 286 | | | | |
| 15 May | 0400 | CW | 292 | | | | |
| 5/18 | 1500 | PW | 291 | | | | |
| 5/19 | 0300 | PW | 290 | | | | |
| 5/19 | 500 | W | 208 | | | | |
| 5/20 | 0400 | CH | 295 | | | | |
| 5/20 | 1500 | TW | 236 | | | | |
| 5/21 | 0400 | CA | 288 | | | | |
| 5/21 | 1500 | W | 299 | | | | |
| 5/22 | 0400 | CH | 287 | | | | |
| 5/22 | 1500 | PW | 299 | | | | |
| 5/11 May | 0400 | CW | 297 | | | | |

*Check if results called to physician.

| Date | Initials | Signatures | | Date | Initials | Signatures |
|------|----------|------------|---|------|----------|------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

60415



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## NURSE'S
# DIABETIC CHRONIC CARE CLINICS

S: DAY CHRONIC CARE CLINIC

**DATE/TIME:** 5/17/06 @ 0710

O: VS T 98 P 80 R 16

BP 118/80   WT 137.75 lbs

ALLERGIES
NKDA

(TYPE I)    TYPE II

| | Y/N | |
|---|---|---|
| Any reactions: | Y (N) | |
| Thirst, vomiting, or abdominal pain | Y (N) | |
| Skin or foot problems: AFC on peeling off - 8 feet | (Y) N | |
| Foot exam done: | (Y) N | |
| Rotation of injection sites          N/A | (Y) N | |
| Changes in eyes | Y (N) | |
| Dietary compliance: | (Y) N | P: LABS |
| Noncompliant---Education done | Y N | |
| Medication compliant | (Y) N | Last HgbA1C: |
| Noncompliant---Education done | Y N | Date 5/16/06 Result 5.0% |
| Tremors | Y (N) | |
| Reviewed canteen list | (Y) N | |
| Compliant                    new | Y N | |
| If noncompliant, education done | Y N | |
| Infirmary or hospital since last CCC visit | Y (N) | ORDERS: |
| If yes, date | | |
| Review of FLU vaccine  unavailable | (Y) N | |
| Review of Pneumovax | Y N | |
| Fundoscopic exam  Eye clinic referral | (Y) N | |
| Annual Diabetic Checklist updated | (Y) N | |

NOTES:

~~Educational material given~~

In 3 mos time A1C level will be

maintained @ < 7% + in more

will continue to be compliant

c̄ meds + diet + exercise

regular for 20-30 min duration

Education done: ☑ Socks QD, ☑ Walking bare footed
☐ soaking of feet

Topic Foot/Skin Care                                      (Y) N

MEDICATION:

Humulin 70/30 30u SQ

8 AM + 10 u SQ 8 pm

Status: (circle)
Improved, Unchanged,
Worsened

Control: (circle)
Good, Fair, Poor

CCC NURSE (circle)
EVERY 1, 2 (3) months

CCC WITH MD (circle)
1, 2 (3) 4, 5, 6 months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Pridmore, Christopher | 139858 | 42 | W/M | Chris Pridmore |

Control   Good—HgbA1C WNL
Fair----HgbA1C within 2 % of normal
Poor—HgbA1C ≥ 2% above normal

Status:   Improved--Decrease in HgbA1C and weight decreased by 5%
Unchanged—No change in HgbA1C and weight
Worsened-----Increase in HgbA1C and weight

60518-AL

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 5/17/06    Time: _____    Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

## SUBJECTIVE:

## OBJECTIVE: BP 118/80 HR 80 RR 16 Temp 98⁷ Wt 137.75 lbs Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

S DM    control no c/o
no c/o   note 5/06 ok. A1C 5. chol < 200.   Humulin 70/30 20 u SQ q am
lungs clear. Heart RRR    urine protein ⊖.              10 u SQ q pm
⊖ edema, bruits.

## ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: 1) Same insulin  2) add ASA
3) ✓ A1C next time.

F/U:  Routine 90 days: ___✓___ Other _____    Problem List Updated:  Yes    No

_____
Physician/NP/PA

Pridmore, Christopher
NAME

B/W
RACE

139858
AIS#

male
GENDER

_____
DOB

(Revised 2/28/05)

## Physician's Chronic Care Clinic

Date: 5/18/06    Time: 1030    Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN ✓DM __GI __ID __PUL __SZ __TB

**SUBJECTIVE:**
Pat DM age 9, always been on clasulin
ukn HbA1C
Has been on Novulen 90u/day

**OBJECTIVE:** BP 110/70  HR 84  RR 20  Temp 98⁴  Wt 138  Peak Flow____

InHos 189
FBS 79

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

rom ↓ 52 DM, MI
ac ↓ 61 Lung cA
HTN

Denies end organ damage.

S₁ S₂ rg₃ (m), Ø Bruits EBBSclear, Resp clear
Ø edema noted.

Feet peeling bilaterally but no break in integrity. no S/S of infection

⊕ Cigs 1pk/day X 25yrs

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** Will place on Humulin 70/30 20u AM, 10u PM. Will monitor B/S and Hc in CC

Diet stressed, exercise, Dc cigs

**F/U:** Routine 90 days: _____ Other 2wks

Problem List Updated: (Yes)   No

_____
Physician/NP/PA

Pridmore   Christopher
              NAME

MALE          B/W          139858
GENDER        RACE         AIS#

                            ████████
                            DOB

Revised 2/28/05



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

| | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails thick or ingrown? | N | N |
| Is there callus buildup? | N | N |
| Is there swelling? | N | N |
| Is there elevated skin temperature? | N | N |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | Y | Y |
| Is the inmate wearing improperly fitting shoes? | Y | Y |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses?                     DP/PT | 2+ | 2+ |

Note the level of sensation in the circles:   (+) → Can feel the 5 07 filament (-) → Can't feel the 5 07 filament



RIGHT          LEFT

*peeling noted on both feet*

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▦, Pre-ulcer ▦, Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

### Risk Category:

| | |
|---|---|
| ____ | 0  No loss of protective sensation. |
| ____ | 1  Loss of protective sensation |
| ____ | 2  Loss of protective sensation with <u>either</u> high pressure (callous/deformity), or poor circulation. |
| ____ | 3  History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about _foot care_    Education Received _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Pridemore, Christop... | 139858 | 5/12/06 | |

60516-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DIABETIC CHECKLIST

Name _Pridemore Christopher_ Number _134858_    Period _5/06_ to _5/07_

Medications: _Humulin 70/30 20 U SQ q AM_
_10 U SQ q pm_

Compliance:    (Yes) No
    If No, follow-up counseling done:    Yes  No        Date _____

Enrolled in Chronic Care:    Yes        No
    Monofilament Foot Exams Done:        (Yes) No
    Foot Disorders Treated:        (Yes) No
    Educational Material Given:        (Yes) No
    Appropriate Diet Ordered:        (Yes) No
    Regular Glucose Testing:        Yes  No
    HgbA1C done q 3 months:        (Yes) No    Every 6 months if stable
    Seen by dental at least annually:        (Yes) No
    Urine tested annually for microalbumin    (Yes) No
    Seen by Nurse: _5/17/06_
    Seen by MD _5/17/06_

Annual dilated retinal exam _____        By _____
    Referral if necessary _____

Immunization:
    Pneumococcus once and repeated after age 64, if more than 5 yrs.    Yes  No
    Influenza annually        Yes  No

Annual physical exam by MD/NP    (Yes) No    Date _____
Individual treatment plan    (Yes) No
    Updated    Yes  No
Appropriate Diet Ordered:    (Yes) No
    ADOC notified:    (Yes) No



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

DIABETIC INTAKE SCREENING
FOR INTAKES THAT PRESENT WITH DIABETES
<u>**Referral to MD and Seen within 24 hrs of Intake**</u>

NAME _Pridemore, Christopher_ Number _139858_ Date _5/12/06_

Diagnosed with diabetes?        (Yes)        No
    If yes, then H & P by licensed health care provider with prescriptive authority.
    If yes, date H & P completed _5/12/06_ by _See site cmp_
Random plasma glucose test results _159_ Date _5-11-06_
    If level > 200, then second test within 48 hours
    Repeat results _79_ Date _5-12-06_
    If level < 200, record flagged for a fasting glucose plasma test upon arrival at first
    assigned institution.
History of fasting Blood Sugar? (Yes) No Results/Date _Not available_

**History or Frequency of:**

| | | | |
|---|---|---|---|
| Ketoacidosis | (Yes) | (No) | x2 = last one 2 ½ weeks ago |
| Hypoglycemia | (Yes) | No | x 2 in free world |
| Hypoglycemia w/o awareness | (Yes) | (No) | |
| History of known complications | Yes | (No) | |

**Screening Laboratory Evaluation (at reception)    All diabetic receive:**

| Test | Date | Results in MR | Reviewed |
|---|---|---|---|
| HgbA1c upon arrival | | | |
| HDL--Cholesterol * | | | |
| Triglycerides * | | | |
| Total Cholesterol * | | | |
| Urine for microalbumin #140050—24 hr urine | | | |
| UA for protein & ketones (onsite) | | | |
| Serum Creatinine * | | | |
| TSH (when indicated) * | | | |
| EKG (onsite) | 5/12/06 | | |
| Fundoscopic Exam | | | |
| Peripheral Pulses | | | |

* Diagnostic profile II-(048827)-Includes Chem 7, Ca++, LFT's, Lipid Panel, Fe, Phos, Total Protein, Uric acid, Globulin, Transeptidase, Thyroid
Panel, CBC w/Diff

Determination of Diabetes ----circle one----Type I    Type II

**Initial Treatment Plan by MD……YES    NO**
**Refer to Chronic Care Clinic within 7 days of**
Diabetic diet ................................ YES    NO    Informed ADOC ......... YES    NO
Education: Documented in medical record .............. .Date _____
Reviewed by _____ Date _____

60515-AL

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Pridemore, Christopher_ AIS# _139 858_

Medication Allergies: _NKDA_

**Medical: Chronic (Long-Term) Problems**
        **Roman Numerals for Medical/Surgical**

**Mental Health Code: SMI  HARM  HIST  NONE**
        **Capital Letter for Psychiatric Behavior**

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5/10/06 | DM I since birth | | | H |
| 5/3/6 | PPd domm | | | PE |
| | B DTD c hip. xray 4/7/06 : negative | | | H |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**



## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

## DENTAL RECORD

**PHS** PRISON HEALTH SERVICES INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination: 5·12·06

Initial Classification:

Oral Pathology ....... Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms ....... Periapical _____
Bitewing _____
Other _____

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☑ | ☐ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☑ | ☐ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 5·12·06 | FM | | OHI | EKB | |
| 8-30-06 | | | Placed on Denture List | PM | RDH |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Pridmore, Christopher | 139858 | ▓▓▓ | W | KCF |

PHS-MD-70015

EXHIBIT
A-2

# DIABETIC RECORD

## MONTH OF ___8/06___

Scidmore, Christopher
# 139858

### A.M. DOSE

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | | 82 | 0 | R | 01 | 48 | 93 | 0 | M |
| 02 | | 85 | 0 | K | 02 | | 97 | 0 | M |
| 03 | | 91 | 0 | M | 03 | | 113 | 0 | M |
| 04 | | 86 | 0 | M | 04 | | 90 | 0 | M |
| 05 | | 78 | 0 | M | 05 | | 95 | 0 | M |
| 06 | | 91 | 0 | M | 06 | | 90 | 0 | M |
| 07 | | 80 | 0 | | 07 | | 104 | 0 | |
| 08 | | 67 | 0 | M | 08 | | 97 | 0 | M |
| 09 | | 77 | 0 | M | 09 | | 96 | 0 | K |
| 10 | | 81 | 0 | M | 10 | | 97 | 0 | M |
| 11 | | 82 | 0 | M | 11 | | 99 | 0 | M |
| 12 | | 83 | 0 | M | 12 | | 83 | 0 | M |
| 13 | | 84 | 0 | L | 13 | | 235 | 2 | M |
| 14 | | 84 | | SB | 14 | | 98 | 0 | M |
| 15 | | 78 | 0 | 0 | 15 | | 99 | 0 | M |
| 16 | | 75 | 0 | KJ | 16 | | 121 | 0 | SB |
| 17 | | 89 | 0 | M | 17 | | 133 | 0 | M |
| 18 | | 84 | 0 | KJ | 18 | | 107 | 0 | M |
| 19 | | 83 | 0 | M | 19 | | 118 | 0 | M |
| 20 | | 84 | 0 | M | 20 | | 96 | 0 | M |
| 21 | | 221 | 2 | M | 21 | | 220 | 2 | M |
| 22 | | 186 | 0 | L | 22 | | 94 | 0 | M |
| 23 | | 260 | 2 | SB | 23 | | 96 | 0 | M |
| 24 | | 204 | 2 | KJ | 24 | | 109 | 0 | |
| 25 | | 202 | 2 | | 25 | | 69 | 0 | m |
| 26 | | 246 | 2 | KJ | 26 | | 115 | 0 | m |
| 27 | | 132 | 0 | K | 27 | | 80 | 0 | m |
| 28 | | 225 | 2 | SB | 28 | | 84 | 0 | M |
| 29 | | 220 | 2 | | 29 | | 119 | 0 | m |
| 30 | | 169 | 0 | M | 30 | | 92 | 0 | M |
| 31 | | 280 | 2 | M | 31 | | 395 | 4 | M |

ISON HEALTH SERVICES, INC.

CAL-581



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*U A - Routine D/P*

## DEPARTMENT OF CORRECTIONS

DATE: 8/17/06

### URINALYSIS

LEUKOCYTES _____ Neg *trace*

NITRITE _____ Neg *positive*

UROBILINOGEN _____ *normal*

PROTEIN _____ *normal*

pH _____ 6.0

BLOOD _____ neg

SPEC. GRAVITY _____ 1.030

KETONE _____ neg.

GLUCOSE _____ neg

HCG _____

(Add: Final Labs Here)

8/18/06

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Pridemore - Christophe | 135858 A | ▮▮▮▮ | W/M | Ebony |

S-MD-70012                    LABORATORY REPORTS

FROM CAHABA IMAGING                    (FRI) AUG 11 2006 13:34/ST. 13:27/NO. 6312281809 P  5

DEPARTMENT OF CORRECTIONS

Name: Pridmore Christopher

State ID No: 139858

RADIOLOGY SERVICES REQUEST AND REPORT

DOB:

INSTITUTION: Easterling

Race: w/m          Sex:

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Darbouze | 8-8-06 | | | | |

HISTORY/DIAGNOSIS:

previous injury 1998

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE (L) X | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Pridmore

LEFT KNEE: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

D: & T: 08-11-06  Howard P. Schiele, M.D./π Board Certified Radiologist  (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME EXAM PERFORMED  8-9-06

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

F1-9030 (REV 12/95)  WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY

# DIABETIC RECORD

Reidmore Christoph
#139858

## MONTH OF 7/06

### A.M. DOSE

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 4AM | 405 | 30 | Obrien | 01 | | 405 | 6 | |
| 02 | | 421 | 4u | Rolly | 02 | | 385 | 4 | |
| 03 | | 390 | 4u | | 03 | | 399 | 4 | |
| 04 | | 398 | 4u | | 04 | | 420 | 6 | M |
| 05 | | 381 | 4u | | 05 | | 363 | 4 | |
| 06 | | 375 | 4u | | 06 | | 310 | 4 | |
| 07 | | 334 | 4u | | 07 | | 94 | 0 | M |
| 08 | | 379 | 4 | | 08 | | 201 | 2 | |
| 09 | | 320 | 4 | | 09 | | 82 | 0 | |
| 10 | | 333 | 4 | SB | 10 | | 367 | 4 | |
| 11 | | 420 | 6 | | 11 | | 104 | 0 | |
| 12 | | 168 | 0 | | 12 | | 380 | 4 | |
| 13 | | 382 | 4 | | 13 | | 108 | 0 | |
| 14 | | 353 | 4u | | 14 | | 97 | 0 | |
| 15 | | 301 | 4 | | 15 | | 110 | 0 | |
| 16 | | 324 | 4 | | 16 | 4p | 220 | 2 | |
| 17 | | 328 | 4 | | 17 | | 124 | 0 | |
| 18 | | 247 | 4 | | 18 | | 187 | 0 | |
| 19 | | 350 | 4u | | 19 | | 284 | 2 | |
| 20 | | 350 | 4u | | 20 | | 85 | 0 | |
| 21 | | 330 | 4u | | 21 | | 94 | 0 | |
| 22 | 3AM | 94 | 0 | | 22 | | 212 | 2 | M |
| 23 | | 71 | 0 | | 23 | | 68 | 0 | |
| 24 | | 172 | 0 | | 24 | | 97 | 0 | |
| 25 | | 186 | | | 25 | | 95 | 0 | |
| 26 | | 79 | 0 | | 26 | | 121 | Durm Guidin | |
| 27 | | 101 | 0 | | 27 | | 104 | Chart | |
| 28 | | 89 | | | 28 | | 96 | 0 | |
| 29 | | 102 | 6 | | 29 | | 87 | 0 | |
| 30 | | | 0 | | 30 | | 86 | 0 | |
| 31 | | 77 | 0 | | 31 | | 128 | 0 | |

CAL-5B1

# DIABETIC RECORD

Pridemore Christopher
# 139858

## MONTH OF 6/06

### A.M. DOSE

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | 4p | 204 | 2 | Ø |
| 03 | | 296 | 2 | Ø | 03 | 4p | 237 | 2 | Ø |
| 04 | | 292 | 2 | Ø | 04 | 4p | 291 | 2 | Ø |
| 05 | | 347 | 4 | Ø | 05 | 4p | 349 | 4 | M |
| 06 | | 354 | 4 | Ø | 06 | | 308 | 4 | M |
| 07 | | 354 | 4 | KX | 07 | 4p | 395 | 4 | Ø |
| 08 | | 329 | 4 | KQ | 08 | 4p | 316 | | K |
| 09 | | W | Ø | KQ | 09 | | 344 | 4 | M |
| 10 | | 313 | 4 | Ø | 10 | | 354 | 4 | M |
| 11 | | 305 | 4 | Ø | 11 | | 390 | 4 | M |
| 12 | | W | Ø | KQ | 12 | 4p | 707 | 4 | |
| 3 | | 333 | 4 | K | 13 | | 394 | 4 | M |
| 14 | | 378 | 4 | KQ | 14 | | 308 | 2 | Ø |
| 15 | | 378 | 4 | KQ | 15 | | 386 | 4 | M |
| 16 | | | | | 16 | | 397 | 4 | M |
| 17 | | 324 | 4 | Ø | 17 | | 302 | 4 | Ø |
| 18 | | 342 | 4 | K | 18 | | 321 | 4 | Ø |
| 19 | | 336 | 4 | Ø | 19 | | 314 | 4 | M |
| 20 | | 370 | 4 | Ø | 20 | | 304 | 4 | Ø |
| 21 | | 363 | 4 | Cd | 21 | | 333 | 4 | Ø |
| 22 | | 351 | 4U | KQ | 22 | | 308 | 4 | |
| 23 | | W | Ø | Cd | 23 | | 394 | 4 | M |
| 24 | | 341 | 4 | | 24 | | 330 | 4 | M |
| 25 | | 348 | 4U | Ø | 25 | | 321 | 4 | M |
| 26 | | 321 | 2 | Ø | 26 | | 398 | 4 | Ø |
| 27 | | 426 | 6 | KQ | 27 | | 393 | 4 | Ø |
| 28 | | 349 | 4 | KQ | 28 | | 344 | 4 | Ø |
| 29 | | 348 | 4 | Ø | 29 | | 298 | 4 | C |
| 30 | | 364 | 4 | Ø | 30 | | 391 | 4 | M |
| | | | | | 31 | | | | |

*PRISON HEALTH SERVICES, INC.*

CAL-5B1

**AL** **DEPARTMENT OF CORRECTIONS**

7B012    @

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: Easterling

Name: Pridmore, Christopher

State ID No: 139858

DOB: _____

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Darbouze | 7/2/06 | 11:05AM | | | |

HISTORY/DIAGNOSIS:    Injury (L) Shoulder

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | ✓ SHOULDER (L) | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

Pridmore

### REPORT

LEFT SHOULDER:  The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION:  NEGATIVE STUDY.

D & T: 07-05-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED    7-3-06

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**FINGER STICK BLOOD RECORD FORM**

NAME: _Pridmore, Christopher_

INSTITUTION/FACILITY: _Kilby_

I.D. # _134850_    D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|------------------------|
| | | | 217 | | | | |
| 24 Nov | 0440 | PW | 293 | | | | |
| 5/24/00 | 1500 | AD | 215 | | | | |
| 25 Nov | 0400 | PW | 287 | | | | |
| 5/25 | 1500 | AD | 286 | | | | |
| 5/26 | 0400 | CA | 207 | | | | |
| 5/26 | 1500 | B | 299 | | | | |
| 5/27 | 04w | U | 208 | | | | |
| 5/28 | 04w | CB | 299 | | | | |
| 5/28 | 150J | B | 268 | | | | |
| 5/29 | 04w | CA | 261 | | | | |
| 5/29 | 1500 | M | 236 | | | | |
| 30 Nov | 0440 | PW | 293 | | | | |
| 5-30 | 1500 | B | 001 | | | | |
| 5/31 | 04w | CA | 226 | | | | |
| 6/1/00 | 0400 | PW | 291 | | | | |
| 6/1/00 | 15w | B | 211 | | | | |
| 6/2 | 04w | CB | 211 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | J. _____ |
| | | |
| | | |
| | | |

60415

**AL** DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

Name: Pridmore, Christopher

State ID No: 139858

DOB

INSTITUTION: Easterling

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP Easterlig | Date of request 6/5/06 | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCES (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP (X) ✓ | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Pridmore

RIGHT HIP: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

D & T: 06-07-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME  EXAM PERFORMED  6-6-06

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED



Pridmore, Chris
ID: 139858

06/04/2006 14:12:24

SINUS BRADYCARDIA
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE    * Unconfirmed Analysis *

D.O.B.:
Meds:
Class:
Dr:    carbouze
Tech:    wambles

MALE

42 YEARS

| Vent. Rate: | 55 bpm |
| RR Interval: | 1075 ms |
| PR Interval: | 122 ms |
| QRS Duration: | 88 ms |
| QT Interval: | 414 ms |
| QTc Interval: | 406 ms |
| QT Dispersion: | 42 ms |
| P-R-T AXIS: 104°  86°  70° |

Pridmore



ID: #STAT#060519082717

05/19/2006 8:27:16

D.O.B.:
Meds:
Class:
Dr:
Tech:

| Vent. Rate: | 70 | bpm |
| RR Interval: | 852 | ms |
| PR Interval: | 118 | ms |
| QRS Duration: | 90 | ms |
| QT Interval: | 398 | ms |
| QTc Interval: | 415 | ms |
| QT Dispersion: | 52 | ms |
| P-R-T AXIS: | 80° | 82° | 51° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis

FROM CAHABA IMAGING          (WED) MAY 17 2   8 ST   1:23/NC 63   34 P 11

**Pridmore, Chris**

HEALTHCARE CORRECTIONS:

**RADIOLOGY SERVICES REQUEST AND REPORT**     (PE)

State ID No: _139858_

DOB: ▄▄▄▄▄▄▄

INSTITUTION: Kilby          C-10°

Race: W      Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter | 5/12/06 | | | | |

HISTORY/DIAGNOSIS:

Dm

| X-RAY REQUEST | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

**REPORT**

Pridmore, Chris

Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D: & T: 05-17-06 Thomas J. Payne, III, M.D./jhi Board Certified Radiologist (Signature on file)

5/18/06

_____
X-RAY TECHNOLOGIST'S NAME (PRINT)

_____
X-RAY TECHNOLOGIST'S SIGNATURE

_____
DATE, TIME  EXAM PERFORMED

_____
RADIOLOGIST'S NAME (PRINT)

_____
RADIOLOGIST'S SIGNATURE

_____
DATE SIGNED

1-3030 (REV. 12/93)   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY

# LabCorp
Laboratory Corporation of America

**LabCorp Birmingham**
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 229-397-0152-0 | 139858 | BFX01488855 | 01488855 | 334-397-4471 | 01 |

**Patient Last Name**
PRIDEMORE

Account Address

Easterling Corr. Facility
Prison Health Services
200 Wallace Dr.
Clio AL  36017-0010

| Patient First Name | Patient Middle Name |
|---|---|
| CHRISTOPHER | |

| Patient SSN | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/10/06 | | M | |

Patient Address

Additional Information

PROV:

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 08/17/06  09:00 | 08/17/06 | 08/18/06  06:13ET | | | DARBOUZE |

Tests Ordered
Hepatitis, Diagnostic (Prof I); Hemoglobin A1c; HCV Ab w/Rflx to RIBA

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Hepatitis, Diagnostic (Prof I)** | Will Follow | | | | |
| | | | | | |
| **Hemoglobin A1c** | | | | | |
| A1c | 5.1 | | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients.  A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC.  Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

**HCV Ab w/Rflx to RIBA**        Will Follow

| MB: LabCorp Birmingham | Dir:  John Elgin, MD |
|---|---|

1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: Branch: 334-792-0902  Lab: 205-581-3500

| PRIDEMORE,  CHRISTOPHER | 139858 | 229-397-0152-0 | Seq # 0138 |
|---|---|---|---|

**PRELIMINARY REPORT**

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 334-792-0902

©2004-06 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.29

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 135-205-5117-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

PE    5/12    FASTING: N
DOB:

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| PRIDMORE,CHRISTOPH | M | 42 / 7 |

PT ADD:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/15/2006 | 7:01 | 5/15/2006 | 5/16/2006 | 9:29 | 664 |

| CLINICAL INFORMATION |
|---|
| CD- 41139331158 |

| PHYSICIAN ID | PATIENT ID. |
|---|---|
| ROBBINS M | 139858 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs    AL  36507-0000
ACCOUNT NUMBER: 01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP14+LP+5AC | | | MB |
| Chemistries | | | MB |
| > Glucose, Serum | 46 L | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 3.9 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 21 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 26 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 104 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 27 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.5 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.6 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.2 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 98 | IU/L | 25 - 150 | MB |
| LDH | 230 | IU/L | 100 - 250 | MB |
| > AST (SGOT) | 68 H | IU/L | 0 - 40 | MB |
| > ALT (SGPT) | 129 H | IU/L | 0 - 55 | MB |
| GGT | 18 | IU/L | 0 - 65 | MB |
| Iron, Serum | 106 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 181 | mg/dL | 100 - 199 | MB |
| Triglycerides | 143 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 65 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced cardiac
risk.

| | | | | |
|---|---|---|---|---|
| VLDL Cholesterol Cal | 29 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 87 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.8 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg Risk | 5.0 | 4.4 |

| Pat Name: PRIDMORE CHRISTOPH | Pat ID: 139858 | Spec #: 135-205-5117-0 | Seq #: 664 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 135-205-5117-0 | S | MB | COMPLETE | Page #: | 1 |

**ADDITIONAL INFORMATION**

PE    FASTING: N
5/12    DOB:

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| PRIDMORE,CHRISTOPH | M | 42 / 7 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/15/2006 | 7:01 | 5/15/2006 | 5/16/2006 | 9:29 | 664 |

**CLINICAL INFORMATION**
CD- 41139331158

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 139858 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs        AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | MB |
| > Glucose, Serum | 46 L | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 3.9 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 21 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 26 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 104 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 27 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.5 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.6 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.2 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 98 | IU/L | 25 - 150 | MB |
| LDH | 230 | IU/L | 100 - 250 | MB |
| > AST (SGOT) | 68 H | IU/L | 0 - 40 | MB |
| > ALT (SGPT) | 129 H | IU/L | 0 - 55 | MB |
| GGT | 18 | IU/L | 0 - 65 | MB |
| Iron, Serum | 106 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 181 | mg/dL | 100 - 199 | MB |
| Triglycerides | 143 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 65 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |
| HDL cholesterol values >59 mg/dL are associated with reduced cardiac risk | | | | |
| VLDL Cholesterol Cal | 29 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 87 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.8 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
                              Men   Women
              1/2 Avg.Risk   3.4     3.3
                  Avg.Risk   5.0     4.4

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-0000          Phone: 205-581-3500

| SPECIMEN<br>135-205-5117-0 | TYPE<br>S | PRIMARY LAB<br>MB | REPORT STATUS<br>COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

| PE | FASTING: N |
|---|---|
| 5/12 | DOB: |

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| PRIDMORE,CHRISTOPH | M | 42 / 7 |

PT ADD :

| CLINICAL INFORMATION |
|---|
| CD- 41139331158 |

| PHYSICIAN ID | PATIENT ID. |
|---|---|
| ROBBINS M | 139858 |

**ACCOUNT:** Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs                    AL   36507-0000
**ACCOUNT NUMBER:**   01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/15/2006 | 7:01 | 5/15/2006 | 5/16/2006 | 9:29 | 664 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | 2X Avg Risk | 9.6 | 7.1 | |
| | 3X Avg Risk | 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio. Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Microalb/Creat Ratio, Randm Ur | | | | |
| Creatinine, Urine | 119.9 | mg/dL | Not Estab. | MB |
| Microalbum., U, Random | 10.0 | ug/mL | 0.0 - 17.0 | MB |
| Microalb/Creat Ratio | 8.3 | ug/mg creat | 0.0 - 30.0 | |
| Hemoglobin A1c | | | | |
| A1c | 5.0 | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients. A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC. Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

| TSH | 2.691 | uIU/mL | 0.350 - 5.500 | MB |
|---|---|---|---|---|

| LAB: MB LabCorp Birmingham                         DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT MEIGS, AL 36057

DATE OF REPORT: 5/12/2006
TIME OF REPORT: 11:16 AM

| ACCESSION NO | NAME | FACILITY |
|---|---|---|
| NPY27/139858 | CHRISTOPHER PRIDMORE | Kilby |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 5/12/06 | 8:30 AM | | 5/12/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

05-16-06

CLIA ID NO   01D0706289

WAYNE D MERCER, PHD
LABORATORY DIRECTOR



**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 132-205-5065-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY27          FASTING: N
DOB

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PRIDMORE,CHRISTOPH | M | 42 / 7 |

PT. ADD:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/12/2006 | 6:00 | 5/12/2006 | 5/13/2006 | 7:15 | 583 |

| CLINICAL INFORMATION |
|---|
| CD- 41139331070 |

| PHYSICIAN ID ROBBINS M | PATIENT ID 139858 |
|---|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs          AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 5.4 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.48 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.9 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 40.8 | % | 36.0 - 50.0 | MB |
| MCV | 91 | fL | 80 - 98 | MB |
| MCH | 31.1 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.2 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.8 | % | 11.7 - 15.0 | MB |
| > Platelets | 106 L | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 50 | % | 40 - 74 | MB |
| Lymphs | 35 | % | 14 - 46 | MB |
| Monocytes | 10 | % | 4 - 13 | MB |
| Eos | 4 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.7 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.9 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000




## EYE EXAMINATION SHEET

| Facility: Easterling | Date of Request: 7/11/06 |
|---|---|
| Subjective: DRE - eval. for glasses | |
| Past History: DMI | |

### CONSULTATION REPORT

**Snelling:**

|  | W/Glasses | W/O Glasses |
|---|---|---|
| OD | | 20/20 |
| OS | | 20/20 |

**OPHTH & EXT:**
Dilated Eye Exam
(YES)    NO    3    3
(circle one)   +3   +3

Mydriatic solution 1 to 2 gts per eye

_Optometrist Signature_

_Nurse Signature_

**Glaucoma:** YES   (NO)
(circle one)

IOP: 19/19    11:30
Details:

**New RX:**

OD  PL  /
OS  PL  /    +1.00

6 6/63

no DM Ret

**Cataracts:** YES   (NO)
(circle one)
Details:

Frame: 5 /
Size:
Color:
Seg Ht:

_Optometrist Signature/Date_  2/cd6

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| Pridmore | Christopher | | ███████ | w/m | 139858 |

Facility Name: SCF    Month/Year of Charting: 8/54

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASA EC 325mg QD
x 6 mths
4a

Start Date: 5-18-04   Prescriber: Dr. Rubbin
Stop Date: 11.13.06   RX #:
826# 30   Chris Philmore

MOTRIN 600g p̄
tid prn x14d
4a
9a
4p

Start Date: 8-8-06   Prescriber: Danborn
Stop Date:    RX #:

ANTiFungAl Cream BID
x 1 hmR
4
4

Start Date: 8-16-206   Prescriber: Floyd JD
Stop Date: 9-13-206   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKDA | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: | | | | | 6 Self Administered |
| Patient ID Number: 39858 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | Date of Birth: 10/11/72 | | 10 Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | | | 08/06 | | | | | | | | | | | | | | |

**Novolin R 100UNIT/ML Solution     1**

Sliding Scale R Insulin
201-300 = 2 units
301-400 = 4 units
401-500= 6 units
>501 8 units + Call MD
Dr. Darbouze

| Start Date: | 06-06-2006 | Prescriber: | Darbouze, Jean |
| Stop Date: | 09-03-2006 | | RX #: 251588840 |

**Novolin 70/30 70-30% Suspension 1**

Inject 24 units subcutaneously every morning & inject 14 units subcutaneously every evening

*See New Orders*

| Start Date: | 06-07-2006 | Prescriber: | Darbouze, Jean |
| Stop Date: | 09-04-2006 | | RX #: 251596675 |

---

**Insulin 70/30
24u qAM
18u qpm**

| Start Date: | 7/17/06 | Prescriber: | Darbouze |
| Stop Date: | 10/17/06 | | RX #: |

| Diagnosis | | | |
| Allergies  NKA | | | |
| Housing Unit:  Population | | | |
| Patient ID Number:  139858 | | | |
| Patient Name: | | | |

**Pridmore, Christopher**

| Nurse's Signature | Initial | Nurse's Signature | Initial |

| Documentation Codes |
| 1  Discontinued Order |
| 2  Refused |
| 3  Patient out of facility |
| 4  Charted in Error |
| 5  Lock Down |
| 6  Self Administered |
| 7  Medication out of Stock |
| 8  Medication Held |

Facility Name: ECF     Month/Year of Charting: 7/06

Insulin 7%0
24u qAm
14u qpm

Start Date: 6/5/06    Prescriber: Darbouze
Stop Date: 9/5/06     RX #:

Sliding Scale R Insulin
201-300 = 2 units
301-400 = 4 units
401-500= 6 units
>501 8 units + Call MD
Dr. Darbouze

Start Date: 6/2/06    Prescriber: Darbouze
Stop Date:            RX #:

Start Date:           Prescriber:
Stop Date: 9/2/06

70/30 Insulin
24 U in the AM
18U in the pm

Start Date: 7/17/06   Prescriber: Dr Darbouze
Stop Date: 10/17/06   RX #:

Diagnosis

Allergies  NKA

Housing Unit:
Patient ID Number: 139858
Patient Name: Pridmore Christopher

| Documentation Codes |
|---|
| 1 Discontinued Order |
| 2 Refused |
| 3 Patient out of facility |
| 4 Charted in Error |
| 5 Lock Down |
| 6 Self Administered |
| 7 Medication out of Stock |
| 8 Medication Held |
| 9 No Show |
| 10 Other |

| Facility Name: Easterling | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting: 7/06

**ASA EC 325mg**
**PO x 6mths**

| 4A | 5 | 5 | 9 | 9 | 7 | 6 | 9 | 9 | 9 | 9 | 9 | 5 | 5 | 9 | 9 | 9 | 9 | 9 | 9 | 7 | 7 | 9 | 9 | | | 9 | 9 |

Start Date: 5/18/06    Prescriber: Peralta Robonin
Stop Date: 11-13-06    RX #

**Tylenol 1 gram b.i.d**
**prn x 30 dys**

| 4A | 9 | 9 | 6 | 9 | A | C |
| 4P | | | | | C |

Start Date: 6/5/06    Prescriber: Osborne
Stop Date: 7/5/06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. McCann | S | she br | A | 1 Discontinued Order |
| Allergies NKA | M. Brown | B | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: | | | | | 4 Charted in Error |
| Patient ID Number: 13 9858 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | Date of Birth | | | 10 Other |

Facility Name: ECF

Month/Year of Charting: 06/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Insulin 70/30
20u 9AM
10u 9pm

Start Date: 5/5/06
Stop Date: 11/10/06
Prescriber:
RX #:

---

Sliding Scale
Sliding Scale R Insulin
201-300 = 2 units
301-400 = 4 units
401-500 = 6 units
>501 8 units + Call MD
Dr Darbouze

Start Date: 6/2/06
Stop Date:
Prescriber: Darbouze
RX #:

---

Start Date:
Stop Date: 9/2/06
Prescriber:
RX #:

---

↑ Insulin 70/30 24 units
9 Am ↓ 14 units 9px 9am

Start Date: 6/5/06
Stop Date: 9/5/06
Prescriber: Darbouze
RX #:

---

Start Date:
Stop Date:
Prescriber:
RX #:

---

Start Date:
Stop Date:
Prescriber:
RX #:

---

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 139858
Patient Name:

Nurse's Signature / Initial

S. Scott

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show



Facility Name: Kilby Correctional Facility

Month/Year of Charting: 06/06

| Medication | Start/Stop |
|---|---|
| Aspirin EC 325MG EC Tab    30.00  Take 1 tablet(s) by mouth daily | Start Date: 05-18-2006  Stop Date: 11-13-2006  Prescriber: Robbins, M.  RX #: 251530327 |
| Humulin 70/30 70-30% Suspension 1  Inject 20 units subcutaneously every morning & inject 10 units subcutaneously every evening | Start Date: 05-15-2006  Stop Date: 11-10-2006  Prescriber: Lassiter, L.  RX #: 251514924 |
| Antifungal Cream 1% Cream    1  Apply to affected areas twice daily | Start Date: 05-15-2006  Stop Date: 06-13-2006  Prescriber: Lassiter, L.  RX #: 251514925 |
| Tylenol 650mg  1 PO BID PRN  X3days | Start Date: 6-4-06  Stop Date: 6-7-06  Prescriber: Danbouz |
| CTM 4mg  1 PO BID PRN  x 3days | Start Date: 6-4-06  Stop Date: 6-7-06  Prescriber: Danbouz |
| Hytuss  ii tabs po BID PRN  X3days | Start Date: 6-4-06  Stop Date: 6-7-06  Prescriber: Danbouz |

Diagnosis

Allergies: NKA

Housing Unit: Population

Patient ID Number: 139858

Patient Name:

**Pridmore, Christopher**

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

| Facility Name: Easterling | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 | Month/Year of Charting: 6/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 1gram b.i.d
PRN x 30day

| | Hour |
|---|---|
| 4A | |
| 4P | |

Start Date: 6/5/06   Prescriber: Darbone
Stop Date: 7/5/06    RX #:

Feldene 20mg Ɵpm
PRN X14day

| | Hour |
|---|---|
| 4P | |

Start Date: 6/5/06   Prescriber: Darbone
Stop Date: 6/19/06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | McKinnon | d | S. Smith | S | 1 Discontinued Order |
| Allergies NKA | M Moata | M | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: | | | | | 4 Charted in Error |
| Patient ID Number: 139858 | | g | | | 5 Lock Down |
| Patient Name: Pridmore, Christopher | | TL | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Date of Birth:

DM

| Facility Name: KCF | | | Month Year of Charting: 5/06 |
|---|---|---|---|

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Humulin 70/30 insulin 20 units SQ q AM x 180d | 3A | |
| | Start Date: 5/12/06    Prescriber: Lassiter CRNP | |
| | Stop Date: 11/13/06    RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Humulin 70/30 insulin 10 units SQ q pm x 180d | 3p | |
| | Start Date: 5/12/06    Prescriber: Lassiter CRNP | |
| | Stop Date: 11/13/06    RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| AFC AAA bid x 30d | K p | d/c'd 'til later |
| | Start Date 5-12-06    Prescriber: Lassiter CRNP | |
| | Stop Date: 6-13-06    RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| ASA EC 325 mg po QD x 180 days | 0800 | |
| | Start Date    Prescriber | |
| | Stop Date    RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | | |
| | Start Date    Prescriber: | |
| | Stop Date    RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | | |
| | Start Date:    Prescriber: | |
| | Stop Date    RX #: | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies nkda | | | | | 2 Refused |
| | | | | | 3 Patient not Avail. |
| | | | | | 4 Meds in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 139858 | | | | | 6 Self administered |
| Patient Name: | | | | | 7 Medication on hold |
| | | | | | 8 No Show |

DM

| Facility Name: ECF | | | Month/Year of Charting: |
|---|---|---|---|

Humilin 70/30 SQ
20 units AM

Hour: 03:00

| Start Date: 5/11/06 | Prescriber: Lassietor |
|---|---|
| Stop Date: 6/11/06 | RX #: |

5/12 6
DC

Humilin 70/30 SQ
10 unit PM

Hour: 15:00

| Start Date: 5/11/06 | Prescriber: Lassietor |
|---|---|
| Stop Date: 6/11/06 | RX #: |

DC 5/10 6

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | N. Hingley | NH | Discontinued Order |

Allergies: NKDA

Housing Unit:

Patient ID Number:

Patient Name:

MAY-11-2006 10:53A FROM:ST CLP⁻ PC          2058143676          Ɔ:13342156698          P.2

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Novolin N 20u QHS 4-10-06  Dur | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Novolin N 20u 8AM 4-24-06  Dur | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg BID X 10d 4-24-06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Novolin N 15u @ AM 5-1-06  Dur | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg BID X 10d 5-1-06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 5/1/06 . THROUGH 5/31/06

| Physician | LGodfrick | Telephone No. | | Medical Record No |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | NKA | Rehabilitative Potential | | |

Diagnosis:

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | |
|---|---|---|---|---|
| | | DOB | Sex | Room |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Novolin N 20u QHS 7-10-06 Dur | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Novolin N 20u @AM 4-24-06 Dur | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motein 1000mg BID X 10d 4-24-06 | AM PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Novolin N 15u @ AM Dur 5-1-06 | AM PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAtein 1000mg BID X 10d 5-1-06 | AM PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 5/1/06 . THROUGH 5/31/06

| | |
|---|---|
| Physician Kilpatrick | Telephone No. |
| Alt. Physician | Alt. Telephone |
| Allergies NKA | Rehabilitative Potential |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | | Medical Record No. |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |

| Date/Time | Inmate's Name: Purdmore Christopher | D.O.B.: ████████ |
|---|---|---|

6/23/06 — S/C

S: w/o Bilateral pain [illegible] I sought for Boots [illegible] to feet 2° [illegible] walking [illegible] sports shoe

O: [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

7/13/06 — Wt 150    B/P-110/70 P-76    R16   T 97.7
S/C profile    BS-105

7/1/06 — [illegible] 5/18/06
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

**PHS**

## Nursing Evaluation Tool:

<u>General Sick Call</u>

Facility: **KCF**

Patient Name: **Pridmore, Chris**

Inmate Number: **139858** Last

Date of Report: **5/26/06**
MM  DD  YYYY

Date of Birth: ▮▮▮▮

Time Seen: **630** (AM) PM  Circle One

<u>Subjective:</u>  Chief Complaint(s): **My pinky finger started turning purple**

Onset: **+ swelling yesterday.**

Brief History: **42 yo wm c̄ Hx of IDDM, deteriorating Rt hip**
(Continue on back if necessary)

---

<u>Objective:</u>  Vital Signs: (As Indicated) T: **98.2** P: **100** RR: **18**  B/P: **120/70** Wt **138**

Examination Findings: **5th digit Lt hand - swelling & some discoloration**
(Continue on back if necessary) **Noted. Limited ROM**

---

<u>Assessment:</u> (Referral Status) Preliminary Determination(s): **Alt in comfort n/r**

☐ Referral <u>NOT REQUIRED</u>  **allergy statement**

☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☒ Other: _____

---

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): **B Adams CRNP**  Date for referral: **5/26/06**
MM  DD  YY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____  ____
Time

X **L Graves, RN**
Nurse's Signature

Name: **Lorraine Graves**
Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Chris Pridmore_   Date of Request: _5/25/06_
ID # _139858_   Date of Birth: ▬▬▬ Location: _M-188_
Nature of problem or request: _Jammed pinky finger, blisters on right toes, and sun is bothering me in the mornings making me dizzy and really thirsty._

_Chris Pridmore_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _98.2_   P: _100_   R: _18_   BP: _120/70_   WT: _138_

**(A)ssessment:**

_5/26/06_
− apiron. Pt. left before exam.

**(P)lan:**

− Called × 6
− F/u PRN

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
     Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Pridmore Christopher | D.O.B.: ▮▮▮▮ |
| --- | --- | --- |

**6/2/06** R'cd @ ECF. Access to healthcare & kitchen clearance completed. Placed on CC list for DM. — *[signature]*

**6/5/06** Chart screened by Mental Health. No services needed at present time. — R. Flowers, LPN

**6/5/06** wt 144    B/P –110/60    P-66    R16
S/C chest pain    O2 Sat 96/90    BS-383
New pt.

S:    – DM II diagnosed ? birth
     – T/D R hip (occupational injury — contractor worker);
     ½ brick to chest wall with injury on and pushing over the R
     chest wall – R/o injury / trauma.

O:    N/A/G, x x x
     Lungs: cta
     Heart: ^ ^ ^
     Chest: + mild R anterior chest wall
     Ext: p edema    + 2 DP/PT
     R hip: + tenderness
     ROM: full + pain    

     *[right margin circled:]* Results R
     PO 30 AM
     R 30 3PM
     PO 30 HS

     A1C: 5
     H/H: 8.09
     Urine Micro done: 10
     LDL: 87    HDL: 65
     TG/ 146
     4.8/0.8

A:    DM II, T/D chest wall inj.

P:    R/o smear 70/30 to 24 units 14 PM
     ~ Tylenol, Lidocaine Rx
     Follow up R hip.    *[signature]*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Chris Pridmore_  Date of Request: _8/18/06_
ID # _13 9858_  Date of Birth: ▓▓▓▓▓▓ Location: _6A-38_
Nature of problem or request: _Would like to know what_
_my blood work showed and to know_
_if hepititis C&B is in my system or_
_not._

_Christopher Pridmore_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

℗ _see net tor_ ℗

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

_Chris Pridmore_

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Pitman_ _Chris_
First _____ MI

Inmate Number: _139888_    Date of Birth: _____ MM DD YYYY

Date of Report: _8_ / _20_ / _06_ Lot 148   Time Seen: _7-00_ AM / PM Circle One

**Subjective:** Chief Complaint(s): ___"lab results"___

Onset: _____

Brief History: _Inmate to sick call for inquiry on_
(Continue on back if necessary)
_lab results from lab work he had on_
_8/15/06 for hep C - pofelo_                            K

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97_ P: _67_ RR: _14_ B/P: _90_ / _60_

Examination Findings: _Inmate instructed to check back_
(Continue on back if necessary)
_for results due to no results at this time_
_due to pending labs )_                                 K

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)   Preliminary Determination(s): _____

☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)

   ☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
         (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☐ YES (If Yes, Whom/Where): _____   Date for referral: __/__/__
                                                                              MM DD YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____   Time _____

X _Kelly_ _____   Name: _Kelly Johnson_
      Nurses Signature                    Printed

*(Dentist)*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Chris Pridmore_ _____ Date of Request: _8/8/06_

ID # _139858_ _____ Date of Birth: ▓▓▓▓ Location: _6A-38_

Nature of problem or request: _I am want to see dentist_
_to have upper and lower plates made. I_
_already have all teeth removed._

_Chris Pridmore_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**   See Waiver

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Chris Pridmore_    Date of Request: _8/2/06_
ID # _13985 5_    Date of Birth: ███████ cation: _6Q-28_
Nature of problem or request: _checking to find out_
_about being re-scheduled for doctor_
_cause orthetis in knee is bad and_
_I still got right knee injuries a joint_
                    _Chris Pridmore_
                              _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│           RECEIVED          │
│ Date: _8/3/06_              │
│ Time: _____                │
│ Receiving Nurse Intials _AMC_│
└─────────────────────────────┘

**(S)ubjective:**    _MD appt_
                    _Scheduled_
                    _8/8/06 Tuesday_

                              _Waiver 8-3-06_
                                   _ams_

**(O)bjective**  (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
                                    CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                    Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Pridmore, Chris_

Date of Birth: ███████     Social Security No: _AISH 13985 8_

Date: _8-3-06_     Time: _925_     A.M.
                                                 P.M.

This is to certify that I, _Chris Pridmore_ , currently in
                          (Print Inmate's Name)

custody at the _Easterling_ , am refusing to
                  (Print Facility's Name)

accept the following treatment/recommendations: _Sick call 8-3-06_
                                                  (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _Chris Pridmore_          / _CWamberope_
     (Signature of Inmate)**              (Signature of Medical Person)

_____          _____
        (Witness)                           (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Chris Pridmore_    Date of Request: _7/23/06_
ID # _139 58_    Date of Birth: ▉   Location: _6A-38_
Nature of problem or request: _Been having trouble with_
_my knee and trouble with dizzy_
_spells. Need to get bottom bed profile_
_due to these problems and see about cane_
                        _Chris Pridmore_
                               *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date: _7/24/06_
> Time:
> Receiving Nurse Intials _CML_

**(S)ubjective:**

         Waiver 7-25-06
                ω RN

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
           Was MD/PA on call notified:   Yes ( )    No ( )

                            *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Chris Pridmore_    Date of Request: _7/3/06_
ID # _138858_    Date of Birth: ▓▓▓▓    Location: _7B-12_
Nature of problem or request: _need to get bottom bed profile due to dizzy spells from sugar high. also need to get anti fungal cream for feet cause mine is out!_

_Christopher Pridmore_
*Signature*

## DO NOT WRITE BELOW THIS LINE

_7/5/06_
Date: _3-30 enom_
Time: _3:30_ AM ~~PM~~
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:    7-4-06             │
│ Time:                      │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

See Net tool dated 7/5/06
cupa

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )    No ( )
Was MD/PA on call notified:  Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**     <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Prid more Chris_
               Last

Inmate Number: _139858_
Date of Birth: ████████    First         MI

Date of Report: _7_/_5_/_06_
     MM   DD   YYYY
Time Seen: _330_ AM / PM Circle One

<u>Subjective</u>: Chief Complaint(s): " I need to get a bottom bunk profile. I get

Onset: X 1 month    dizzy spells sometimes when my sugar

Brief History:       is high."
(Continue on back if necessary)

---

FSBS 303    wt - 146 #             ☐ Check Here if additional notes on back

<u>Objective</u>: Vital Signs: (As Indicated) T: _98°_ P: _86_ RR: _18_ B/P: _116_/_70_

Examination Findings: W/m ambulates c̄ even, steady gait. A+o x3 Resp
(Continue on back if necessary)
c̄ ease. Skin warm + dry to touch. States "my sugar has not
been under 300 three hundred since I've been here,"
Request to see md for evaluation.

---

**Assessment: (Referral Status)**    Preliminary Determination(s): _____    ☐ Check Here if additional notes on back

    ☐ Referral <u>NOT REQUIRED</u>

    ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
       ☐ Recurrent Complaint (More than 2 visits for the same complaint)
       ☑ Other: _to be evaluated by md_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>: Check All That Apply:
    ☑ Instructions to return if condition worsens.
    ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
         (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _Dr Darbouze_     Date for referral: _7_/_10_/_06_
                                                        MM   DD   YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _CWambles RN_       Name: _C Wambles RN_
   Nurses Signature                            Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Chris Pridmore_     Date of Request: _6/17/06_
ID # _139858_     Date of Birth: ▮▮▮▮ Location: _2B-12_
Nature of problem or request: _right foot is full of_
_blisters from wearing tennis shoes._

_Chris Pridmore_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _6/19/06_
Time: _540_ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**      See Net tool dated 6-19-06
CWRN

**(O)bjective   (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**      X _Chris Pridmore_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Pridemore, Christopher_
Last                                    First                    MI

Inmate Number: _139858_          Date of Birth: ▓▓▓▓▓▓▓▓
MM    DD    YYYY

Date of Report: _6_/_19_/_06_          Time Seen: _5 40_    AM /(PM) Circle One
MM    DD    YYYY

<u>**Subjective:**</u> Chief Complaint(s): "_I've got blisters from wearing tennis shoes._"

Onset: _X 2 weeks_

Brief History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

_wt-144# Sp0297902A_

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _92_ RR: _18_ B/P: _106_/_74_

Examination Findings: _A+O X3   Ambulates c̄ even, steady gait. Resp c̄_
(Continue on back if necessary) _ease. Skin warm + dry to touch. Small blister noted to_
_3rd digit of (L) foot. Ø drainage noted. Pt is diabetic_
_and request diabetic boots_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☐  Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☑ Other: _to be evaluated by MD_
_____
_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>**Plan:**</u> Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up   ☐ YES   ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
     (Describe)

OTC Medications given ☐ NO   ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _Dr Darbous_          Date for referral: _6/7/06_
MM DD YYYY

Referral Type: ☑ Routine   ☐ Urgent   ☐ Emergent (if emergent who was contacted?): _____
_____ Time

X _CWambles RN_          Name: _CWambles RN_
Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Chris Pridmore_   Date of Request: _6/3/06_
ID # _139858_   Date of Birth: ▮▮▮▮ Location: _7B-12_
Nature of problem or request: _feet are swelling, having some chest pains and sun is causing headaches as well as pain from right hip injury._

_Chris Pridmore_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _6/4/06_
Time: _2:20_ AM (PM)
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**   See N4t tool dated 6-4-06 (WRK)

**(O)bjective**   (V/S): T: ____  P: ____  R: ____  BP: ____  WT: ____

**(A)ssessment:**   _Chris Pridmore_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool:    **Chest Pain**

Facility: Alabama Department of Corrections

Patient Name: Pridmore, Chris
<sub>Last</sub>  <sub>First</sub>  <sub>MI</sub>

Inmate Number: 139858   Date of Birth: ▓▓▓▓▓▓
<sub>MM</sub> <sub>DD</sub> <sub>YYYY</sub>

Date of Report: 6 / 14 / 06   Time Seen: 220 AM / **PM** Circle One
<sub>MM DD YYYY</sub>

**Subjective:** Chief Complaint(s): "I'm having chest pains"

Onset: 1week   Activity prior to onset: walking to chow

History: States "I've had a cold and I think it could be related 4
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Description of Pain:** ☐ Burning ☑ Stabbing ☐ Dull/Achy ☐ Pressure-like ☐ Crushing ☐ Other: _____

**Duration of Pain:** Constant   Does anything relieve the pain? Tenies

**Onset of Pain:** ☑ New onset ☐ Sudden ☐ Gradual ☐ Chronic **Pain Scale: (1-10)** 8   History of injury? ☐ YES ☑ NO

**Radiation:** ☑ No radiation ☐ Radiation to: _____

**Aggravating Factors:** ☑ Exertion ☐ Stress ☐ Food intake ☐ Movement ☐ Coughing ☐ Other: _____

**Associated Symptoms:** ☐ Nausea/Vomiting ☐ Diaphoresis ☐ Dyspnea ☐ Syncope ☐ Cough ☐ Sputum production ☐ Hemoptysis
☐ Fever ☐ Chills  "Shortness of breath"

**Cardiac Risk Factors:** ☑ Family history ☐ Smoke: ___ppd ___ years ☐ Hypertension ☐ Diabetes ☐ Hyperlipidemia ☐ CAD

**History of:** ☐ Peptic ulcer ☐ Illicit drug use ☐ Cardiac disease ☐ Nitroglycerin use

Wt - 141#

**Objective:** **Vital Signs: (As Indicated)** T: 98² P: 68 RR: 18 B/P: 112 / 74

Pulse Ox %: 96 % ☐ Room Air ☐ O2 LPM: ✓

**General Appearance:** ☑ No acute distress ☐ Alert ☐ Oriented x 3 _____ ☐ Anxious ☐ Acute distress

**Color:** ☑ Normal ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced

**Skin:** ☑ Warm ☐ Dry ☐ Cool ☐ Moist/Clammy

| Lung sounds: | Right | Left |
|---|---|---|
| Clear | ☑ | ☑ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

**EKG ordered?** ☑ YES ☐ NO

**EKG interpretation / computer read or available for physician?** ☑ YES ☐ NO

☐ **Additional Examination:** R/O R upper chest pain & radiation
Continue on back if necessary)

**Assessment:** _(Referral Status)_   Preliminary Determination(s): _____

☐ Check Here if continued on back

☐ **Referral NOT Required**   noted 6/7/06

☑ **Referral Required** due to the following: (Check all that apply)
☐ Acute distress    ☐ Abnormal vital signs
☐ Cardiac history   ☐ Suspicious cardiac symptomology   ☐ Recurrent Complaint (More than 2 visits for same complaint)
☐ History of recent illicit drug use ☐ Other:   ☑ Cardiac Risk Factor present

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply: _Acute distress_ – arrange for immediate emergency transport
☑ Administer oxygen if in acute distress    ☐ ASA _____ mg po
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Instructions to return if condition worsens.
☐ Other: _____

OTC Medications given ☐ NO ☑ YES (If Yes List): Tylenol 650mg po BID PRN

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr. Narbuze   Date for referral: 6 / 6 / 06
<sub>MM DD YYYY</sub>

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _C Wambler RN_   Name: _C Wambles RN_
<sub>Nurses Signature</sub>   <sub>Printed</sub>

**PHS**

## Nursing Evaluation Tool:

## <u>Upper Respiratory Complaints</u>

Facility: Alabama Department of Corrections

Patient Name: Pridmore, Christopher
_____  _____
Last                                           First

Inmate Number: 139858

Date of Birth: ▓▓▓▓▓▓▓ MI
MM   DD

Date of Report: 6 / 4 / 06
MM   DD   YYYY

Time Seen: 220  AM / **PM** Circle One

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☑ Sneezing ☐ Sore Throat ☐ Swollen Glands ☑ Headache ☐ Fever
(Check All That Apply)
☐ Malaise ☐ Earache   Cough: ☐ No ☑ Yes: ☐ Non-productive ☑ Productive: (sputum description): green
☐ Other: _____

Onset: X 3 weeks

History: _____
(Continue on back if necessary) _____
_____

History of Asthma: ☑ No ☐ Yes   Cardiac/CHF history: ☑ No ☐ Yes   History of HIV Disease: ☑ No ☐ Yes   ☐ Check Here if additional notes on back

**Objective:** Wt: 141#   Vital Signs: (if indicated) T: 98² P: 68 RR: 18 B/P: 112/74

Eyes: ☑ Clear ☐ Watery ☐ Injected (red)  Drainage: ☑ No ☐ Yes: _____

Nose: Congestion: ☐ No ☑ Yes   Drainage: ☐ No ☐ Yes: _____

Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☑ Normal ☐ Enlarged Lymph Nodes

| Lung sounds: | Right | | Left |
|---|---|---|---|
| Clear | ☑ | | ☑ |
| Diminished | ☐ | | ☐ |
| Crackles | ☐ | | ☐ |
| Rhonchi | ☐ | | ☐ |
| Wheezing | ☐ | | ☐ |

☐ Additional Examination: A + O X 3   Resp ō ease. Skin warm + dry to touch
Continue on back if necessary)  NAD noted

**Assessment:** (Referral Status)
☐ Referral **NOT** Required     Preliminary Determination(s): _____   ☐ Check Here if continued on back
☑ Referral **Required** referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs   ☐ Inability to swallow   ☐ Significant shortness of breath   ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam   ☐ Significant Wheezing which does not improve with inhaler   ☑ Other: to be evaluated by MD
**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake   ☐ Warm saline gargles PRN
☑ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

☐ OTC Medications given (CTM 4 mg, Tylenol 650 mg Bid po prn x 2 days) ☐ NO ☐ YES (If Yes List):
CTM 4mg ī po BID PRN x3days, Tylenol 650mg ī po BID PRN x 3days, Hytuss
tabs ii po BID prn X 3 days
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr Darbouze   Date for referral: 6 / 6 / 06
MM   DD   YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   _____
Time

C Wambles RN
_____
Nurses Signature

Name: C Wambles RN
_____
Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Pridmore, Christopher | D.O.B.: |
|-----------|-------------------------------------|---------|

8/5/6 ② WT-142 BP 110/80 P 60 R 18 T 97°
BS-86 s/c Renal profile, (L) knee pain

S  Pain in knee on left - h/o Injury 8 years ago while
working on a farm — Request for BOBP

O - NAD, VSS
L knee ; no effusion, no deformity, no tenderness
ROM full, no pain, no instability

Analgesic left knee
Re... Artaman Prof
X-ray L knee
BOBP not indicated at this time

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

**PHS** PRISON HEALTH SERVICES INCORPORATED

RECEIVED: Inmate/Health Record
Institution: ECF
Date: 6/2/06  Time: 855  AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
Kilby
RECEIVING MEDICAL STATUS
- [X] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record
Institution: Kilby
Date: 6/1/06  Time: ___ AM/PM
RELEASE FROM:
- [ ] Infirmary
- [X] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health
RELEASE TO:
- [✓] DOC  [ ] Infirmary  [ ] Mental Health
Easterly
Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKDA
PHYSICAL EXAMINATION
Date of last exam: 5/12/06
Chest X-Ray Date: ___  Result: ___
PPD Reading: 5-11-06 0mm
Classification: ___
Limitations: ___

LAB RESULTS - - LAST REPORT
|  | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 5/12 | ✓ | |
| Urinalysis | 5/12 | ✓ | |

|  | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | | X |
| Dental Prosthesis | | X |
| Hearing Aide | | X |
| Other Prosthesis | | X |

Receiving Nurse: M Johnson

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
Diabetic

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
Humulin 70/30 20u q AM x180 days
Humulin 70/30 10u q PM x180 days
ECASA 325mg PO qd x180 days

MEDICATIONS [ ] Sent w/ inmate [ ] Not sent w/ inmate
X-RAY FILM [ ] Sent w/ inmate [ ] Not sent w/ inmate
HEALTH RECORD [X] Sent w/ inmate [ ] Not sent w/ inmate
Released to: Easterly
Date: ___ Time: ___ AM/PM
MEDICATIONS [X] Received [ ] Not Received
X-RAY FILM [ ] Received [X] Not Received
HEALTH RECORD [X] Received [ ] Not Received
CHART REVIEWED [X] YES [ ] NO
Received by: M Johnson
Date: 6/2/06 Time: 855 AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC
DATE: 5/7/06  LAST CLINIC: DM

FOLLOW-UP CARE NEEDED  Date  Time  With Whom - - Location (Sending Nurse)  Date/Appt Made w/Whom (Rec Nurse)
- [X] Medical  [✓] Dental
- [ ] Mental Health
SEND CC: DM
PRN HgbA1c in 2 wks

NURSING ASSESSMENT (SENDING NURSE)
| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | | ✓ |
| Suicide Attempt | | ✓ |
| Chronic Care | ✓ | |

| STATUS | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

NURSING ASSESSMENT (RECEIVING NURSE)
| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | ✓ |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

INTAKE
Sick Call Procedures Explained: Y
Height: 6'
Weight: 143
Blood Pressure: 102/70
Temperature: 98.9
Pulse Resp: 77/20
Other: O2 Sat 93%

Signature of Nurse Completing Assessment (Sending Nurse): Tonya Brown LPN  6/1/06
Signature of Intake Screening Nurse (Receiving Nurse): M Johnson  6/2/06

INMATE NAME (LAST FIRST MIDDLE): Rutmore Christophe  DOC# 139888  DOB: ___  Race/Sex: W/M  FAC:

PHS-MD-70009
(White - Medical Jacket, Yellow - Transfer Coordinator)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pridmore Christopher
# 139858

DIAGNOSIS (If Chg'd)
Slide Scaler 201-300 = 2
301-400 = 4
401-500 = 6    X 90 days
>501 = 8 + callmo

D.O.B.
ALLERGIES: N/A

Dr. Pallorge

Use Second    Date 6/2/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pridmore, Christopher
139858

DIAGNOSIS

- ECC Referral
- Humlin 70/30 SQ 20units AM + 10u IM x 30days
- BS VS 7A + 3p x 180d
V.O. Lassiter/WMP/M. Sutton    RN

D.O.B.
ALLERGIES: N + NA    Noted
NW    5/14/06

Use First    Date 5/11/06    5/14/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Pridmore Christopher | DIAGNOSIS (If Chg'd) |
|---|---|
| #139858 | Insulin 70/30 24u am 18u pm |
| Noted 8/29/06 P | Sliding Scale R 201-300 = 2 |
| D.O.B. ████ | 301-400 = 4 |
| ALLERGIES: NKA | 401-500 = 6 |
| | >501 = 8 + call MD |
| Use Third    Date 8/27/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

x 90 days

A 8/28/06

| NAME: Pridmore Christopher | DIAGNOSIS (If Chg'd) |
|---|---|
| 139858 | Hep Diag Profile I (058560) |
| D.O.B. ████ | Hep C antibody Conf RiBA (143591) |
| ALLERGIES: nkda | UA - routine Dip |
| | AFC BIOX / math |
| Use Second    Date 8/15/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

A 8/14/06

| NAME: Pridmore, Christopher | DIAGNOSIS |
|---|---|
| 139858 | Motrin 600 mg Po TID Rxd X 14 days |
| D.O.B. ████ | X-ray L knee |
| ALLERGIES: NKA | |
| Use First    Date 8/8/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Pridemore Christopher
#139858

D.O.B.
ALLERGIES: NKDA

Use Last    Date 7/17/06

DIAGNOSIS (If Chg'd)

4BA c m 1 Mnth

↑ Insulin 70/30 to 24 units @ am x 90 days
                        18 units @ PM

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pridmore, Christopher
139858

D.O.B.
ALLERGIES:

Use Fourth    Date 7/2/06

DIAGNOSIS (If Chg'd)

X-ray (L) Shoulder
Sling (L) Shoulder X 5 days
Tylenol 1 gm t.i.d PRN X 5 days
Work stop X 3 days
V.v Dr. Darbare / McKinna

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pridemore Christopher

D.O.B.
ALLERGIES: NKDA

Use Third    Date 6/23/06

DIAGNOSIS (If Chg'd)    DM I

Please give a Pack of Boots
2 weeks 1 pass to keep

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pridmore Christopher
Pridmore
139858

D.O.B.
ALLERGIES: NKDA

Use Second    Date 6/5/06

DIAGNOSIS (If Chg'd)

Tylenol 1 g po BID PRN X 30 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Pridmore Christopher
Pridmore, Christopher
139858

D.O.B.
ALLERGIES: NKDA

Use First    Date 6/1/06

DIAGNOSIS

↑ Insulin 70/30 to 24 units @ AM X 90 days
                        14 units @ PM
X-ray R hip
Feldene 20 mg t po @ PM prn X 30 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Pridemore Christopher
#139858
DOB:
ALLERGIES: NKDA
Use Last    Date 6/5/06

noted
SB
6/8/06
1130

DIAGNOSIS (If Chg'd)

Dilated Retinal Exam

V/O Dr. Darboure 18Busker

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pridemore Christopher
#139858
DOB:
ALLERGIES: NKA
Use Fourth    Date 6/02/06

Noted
6/2/06 705 P

DIAGNOSIS (If Chg'd)
Sliding Scale R  201-300 = 2
                301-400 = 4
                401-500 = 6    X 90 days
                > 501 = 8 + call mg
                        Dr Darboure
                        6/5/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pridmore, Christopher
#139858    5/17/06 0810
DOB:
ALLERGIES: NKDA
Use Third    Date 05/17/06

Noted
10:20
5/17/06

DIAGNOSIS (If Chg'd)
1) HgBA1C ~10 wks
2) ECASA 325 mg po qd X 180 d.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pridmore, Christopher
139858
DOB:
ALLERGIES: nkda
Use Second    Date 5/12/06

DIAGNOSIS (If Chg'd)
Humulin 70/30  20 u q AM x 180 days
Humulin 70/30  10 u q PM x 180 days
CC 2 wks - DM
AFC   AAA   BID x 30 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Pridmore, Christopher
139858
DOB:
ALLERGIES:
Use First    Date 5/12/06

noted 5/12/06 1055

DIAGNOSIS (If Chg'd)
Cmp, Cho, HgBA1c, TSH, urene. 140235
PSA.
EKG, CXR
Eye Clinic referral
2200 Calorie diabetic diet c snack

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

EXHIBIT

B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER ALLEN PRIDMORE                    *
(AIS #139858),
                                              *

        Plaintiff,                            *

V.                                            *          2:06-CV-778-MEF
                                              *
GWENDOLYN MOSLEY, et al.,
                                              *
        Defendants.
                                              *

## AFFIDAVIT OF JEAN DARBOUZE, M.D.

**BEFORE ME,** Grace M. Mclay a notary public in and for said County and State, personally appeared **JEAN DARBOUZE, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Jean Darbouze. I am a medical doctor and am over twenty-one years of age. I have been a licensed physician in Alabama since 1996 and have been board certified in internal medicine since 1997. From February of 2000 through February of 2004, and again from April 16, 2004 through the present, have I served as the Medical Director for Easterling Correctional Facility in Clio, Alabama. Since November 3, 2003, and at all times relevant to this case, my employment as Easterling's Medical Director has been with Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Christopher Pridmore (AIS #139858) is an inmate who has been incarcerated at Easterling Correctional Facility since August 2005. I am familiar with Mr. Pridmore and have been involved with the medical services provided to him at Easterling. In addition, I have reviewed Mr. Pridmore's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Pridmore has made an allegation in this matter that I failed to provide him with appropriate medical treatment on August 8, 2006 by refusing to provide him with a "bottom bunk" profile for an alleged left knee injury. He also claims that I have failed to treat him appropriately by not providing him with special hydrating soap which he believes is indicated for treatment of his skin due to diabetes. Mr. Pridmore's claims in this regard are completely unfounded as this inmate has been provided appropriate medical care for his conditions at all times.

On August 8, 2006, Mr. Pridmore presented to the infirmary with complaints for left knee pain. At that time, Mr. Pridmore indicated that he injured his left knee in approximately 2001--five years earlier--while working on a farm. He requested a "bottom bunk" profile. I subsequently evaluated Mr. Pridmore and determined that his knee was in good condition. Specifically, there was no deformity, tenderness or pain noted. He had full range of motion with no instability. As a precaution, however, I ordered Mr. Pridmore a left knee x-ray.

Mr. Pridmore's x-ray was conducted on August 9, 2006. The x-ray showed no evidence of fracture or any other significant bony abnormality. Overall, the x-ray represented a negative study. A "bottom bunk" profile is not indicated for treatment of Mr. Pridmore's medical condition. Moreover, Mr. Pridmore is a diabetic. He is routinely

treated and evaluated for this condition. Special hydrating soaps are not medically indicated for Mr. Pridmore's condition. Mr. Pridmore has access to those items necessary to maintain proper hygiene.

Based on my review of Mr. Pridmore's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. Mr. Pridmore has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Easterling Correctional Facility.

At all times, myself and the other healthcare providers at Easterling have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Easterling Correctional Facility denied Mr. Pridmore any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Pridmore. At all times, Mr. Pridmore's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayeth not.

_____
**JEAN DARBOUZE, M.D.**

STATE OF ALABAMA            )

COUNTY OF Barbour          )
                           )

    Sworn to and subscribed before me on this the ___12th___ day of October 2006.

                                                   Grace M. Medley
                                                   Notary Public
                                                   MyCommissionExpires
                                                   03/31/07.



EXHIBIT

C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER ALLEN PRIDMORE
(AIS #139858),                                        *

                                                     *

        Plaintiff,

                                                     *

V.                                                        2:06-CV-778-MEF

                                                     *

GWENDOLYN MOSLEY, et al.,

                                                     *

        Defendants.

                                                     *

## AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

**BEFORE ME,** Grace M. Maloy a notary public in and for said County and State, personally appeared **KAY WILSON, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Kay Wilson. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Easterling Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Easterling Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Request Slip." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate request slip allows an inmate to communicate any healthcare related concern by placing the request slip in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond accordingly via in-house mail.

If an inmate is unsatisfied with my response, he may request an "Inmate Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the inmate request slip. I again respond to the inmate via in-house mail.

If the inmate is still unsatisfied with my response, he may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Christopher Pridmore has filed suit in this matter alleging that Dr. Darbouze has failed to provide him with appropriate treatment for left knee pain on August 8, 2006. I further understand that Mr. Pridmore claims that he has not received appropriate soap for his diabetic condition. However, Mr. Pridmore has failed to exhaust Easterling's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to his Complaint, Mr.

Pridmore has failed to submit any of the documents comprising PHS' informal grievance procedure. As such, the healthcare unit at Easterling has not been afforded the opportunity to resolve Mr. Pridmore's medical complaints prior to filing suit."

Further affiant sayeth not.

_Kay Wilson RN/HSA_
KAY WILSON, R.N., H.S.A.

STATE OF ALABAMA        )
                        )
COUNTY OF Barbour       )

Sworn to and subscribed before me on this the ___17th___ day of October, 2006.

_Grace M. Ma___
Notary Public

My Commission Expires:

03/31/07